# Notice Recipients

District/Off: 0971–3    User: ghom    Date Created: 12/7/2015
Case: 15–31519    Form ID: 309E    Total: 20

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Jinnie Jinhuei Chang Chao | 50 Sandra Rd | Hillborough, CA 94010 | | |
| ust | Office of the U.S. Trustee / SF | Office of the U.S. Trustee | 235 Pine St | Suite 700 | San Francisco, CA 94104 |
| aty | Onyinye N. Anyama | Anyama Law Firm | 18000 Studebaker Rd #700 | Cerritos, CA 90703 | |
| smg | Chief Tax Collection Section | Employment Development Section | P.O. Box 826203 | Sacrament, CA 94230 | |
| smg | IRS | P.O. Box 7346 | Philadelphia, PA 19101–7346 | | |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280–0001 | |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit | P.O. Box 2952 | Sacramento, CA 95812–2952 | |
| 14203101 | American Express | c/o FirstSource Advantage LLC | 205 Bryant Woods South, | Buffalo, NY 14228 | |
| 14203102 | Bank Of America | Po Box 982236 | El Paso, TX 79998 | | |
| 14203103 | Bruce Janke | 16965 Roberts Road | Los Gatos, CA 95032 | | |
| 14203104 | Chase | 3415 Vision Dr | Columbus, OH 43219 | | |
| 14203105 | Chase Card Services | Attn: Correspondence Dept | Po Box 15298 | Wilmington, DE 19850 | |
| 14203106 | Flagstar Bank | P.O Box 371891 | Pittsburgh, PA 15250 | | |
| 14203107 | Lawrence D. Miller | 1200 Sixth Avenue, Suite 300 | Belmont, CA 94002 | | |
| 14203108 | Menlo Dermatology Medical Group | 888 Oak Grove Avenue, Suite 8 | Menlo Park, CA 94025 | | |
| 14203109 | Mills–Pennisula Emerg Med, Inc. | P.O.Box 661868 | Arcadia, CA 91066 | | |
| 14203110 | Online Collections | Po Box 1489 | Winterville, NC 28590 | | |
| 14203111 | Penninsula Hospital and MI | P.O.Box 742738 | Los Angeles, CA 90074 | | |
| 14203112 | Penny Mac | P.O.Box 514387 | Los Angeles, CA 90051 | | |
| 14203113 | Saad A Shakir MD Inc. | 14651 S. Bascom Avenue, Suite 23 | Los Gatos, CA 95032 | | |

TOTAL: 20