## United States Bankruptcy Court
### Northern District of California

In re  **Jinnie Jinhuei Chang Chao**     Case No. **15-31519**
                              Debtor(s)     Chapter **11**

# PROOF OF SERVICE BY MAIL

I, **Elizabeth Cruz**, declare that I am a resident of or employed in the County of **Los Angeles**, State of **California**. My address is **18000 Studebaker Road, Suite 700, Cerritos, CA 90703**. I am over the age of eighteen years of age and am not a party to this case.

On **December 9, 2015**, I served the Notice of Motion to **DEBTOR'S MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY (AS TO ALL CREDITORS)** on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at ___ addressed as follows:

American Express
c/o FirstSource Advantage LLC
205 Bryant Woods South,
Buffalo, NY 14228

Bank Of America
Po Box 982236
El Paso, TX 79998

Bruce Janke
16965 Roberts Road
Los Gatos, CA 95032

Chase
3415 Vision Dr
Columbus, OH 43219

Chase Card Services
Attn: Correspondence Dept
Po Box 15298
Wilmington, DE 19850

Chase Card Services
Attn: Correspondence Dept
Po Box 15298
Wilmington, DE 19850

Chase Card Services
Attn: Correspondence Dept
Po Box 15298
Wilmington, DE 19850

Flagstar Bank
p.o box 371891
Pittsburgh, PA 15250

Flagstar Bank
P.O Box 371891
Pittsburgh, PA 15250

Flagstar Bank
P.O Box 371891
Pittsburgh, PA 15250

Lawrence D. Miller
1200 Sixth Avenue, Suite 300
Belmont, CA 94002

Menlo Dermatology Medical Group
888 Oak Grove Avenue, Suite 8
Menlo Park, CA 94025

Mills-Pennisula Emerg Med, Inc.
P.O.Box 661868
Arcadia, CA 91066

Online Collections
Po Box 1489
Winterville, NC 28590

Penninsula Hospital and MI
P.O.Box 742738
Los Angeles, CA 90074

Penny Mac
P.O.Box 514387
Los Angeles, CA 90051

Saad A Shakir MD Inc.
14651 S. Bascom Avenue, Suite 23
Los Gatos, CA 95032

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **December 9, 2015.**

_____
**Signature**

Sworn and subscribed to before me this ___ day of ___, 20_.

_____
**Notary Public**