## United States Bankruptcy Court
### Northern District of California

In re    __Jinnie Jinhuei Chang Chao__                       Case No. __15-31519__
                                      Debtor(s)                    Chapter    __11__

## PROOF OF SERVICE BY MAIL

I, __Elizabeth Cruz__, declare that I am a resident of or employed in the County of __Los Angeles__, State of __California__. My address is __18000 Studebaker Road, Suite 700, Cerritos, Ca 90703__. I am over the age of eighteen years of age and am not a party to this case.

On __December 11, 2015__, I served the __Notice of Hearing on Motion for An Order to Impose the Automatic Stay, Declaration of Jinnie Jinhuei in Support of the Motion to Impose Stay, and the Amended Motion to Impose Stay__ on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at __Los Angeles__ addressed as follows:

See Attached Document

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on __December 11, 2015__.

_____
**Signature**

Sworn and subscribed to before me this ___ day of ___, 20__.

_____
**Notary Public**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Case: 15-31519    Doc# 21    Filed: 12/11/15    Entered: 12/11/15 15:03:26    Page 1 of 3

**Debtor:**
Jinne Jinhuei Chang Chao
50 Sandra Rd
Hillborough, Ca 94010

**Debtor's Attorney:**
Onyinye N. Anyama
18000 Studebaker Road,
Suite 700
Cerritos, CA 90703

**Attorney for the U.S Trustee:**
Julie M. Glosson
Office of the United States Trustee
235 Pine St. #700
San Francisco, Ca 94104

**Secured Creditors**
JP Morgan Chase. **(via Certified Mail)**
Attn: Corporate Officer
1111 Polaris Pkwy
Columbus, OH 43240

Corporation Service Company which will do business
In California as CSC Service as Agent for Service for
JP Morgan Chase
818 West Seventh St Ste 930
Los Angele, Ca 90017

Flagstar Bank **(via Certified Mail)**
Attn: Research E-115-3
5151 Corporate Drive
Troy, MI 48098
Delaware County

Corporation Service Company which will do business
In California as CSC Service as Agent for Service for
Flagstar Bank
818 West Seventh St Ste 930
Los Angele, Ca 90017

PennyMac **(via Certified Mail)**
Attn: Corporate Officer
6101 Condor Dr, Suite 300
Moorpark, Ca 93021

Corporation Service Company which will do business
In California as CSC Service as Agent for Service for
PennyMac
818 West Seventh St Ste 930
Los Angele, Ca 90017

**Twenty Largest Unsecured Creditors**
**(Note this category also contains all general unsecured creditors)**

CA Franchise Tax Board
Special Procedures Bankruptcy Unit
P.O Box 2952
Sacramento, Ca 95812

Chase Card Services
Attn: Correspondence Dept
P.O. Box 15298
Wilmington, De 19850

Menlo Dermatology Medical Group
888 Oak Grove Ave, Ste 8
Menlo Park, Ca 94025

Online Collections
P.o Box 1489
Winterville, NC 28590

Saad A. Shakir MD Inc.
14651 S. Bascom Avenue, Suite 23
Los Gatos, CA 95032

American Express
c/o FirstSource Advantage LLC
205 Bryant Woods South
Buffalo, NY 14228

Bruce Janke
16965 Roberts Rd
Los Gatos, Ca 95032

Chief Tax Collection Section
Employment Development Section
P.O Box 826203
Sacramento, CA

CA Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280

IRS
P.O Box 7346
Philadelphia, PA 19101

Mills Peninsula Emerg. Med, Inc
P.O Box 661868
Arcadia, Ca 91066

Peninsula Hospital and MI
P.O Box 742738
Los Angeles, CA 90074

Lawrence D. Miller
1200 Sixth Avenue, Suite 300
Belmont, Ca 94002

**Interested Parties:**
**Leassees:**
Charles and Kathryn Cottle
305 St. Andrews Dr
Pinehurst, NC 28374

Daniel and Lisa Fay
8108 Penobscot Drive
McKinney, TX 75071

Case: 15-31519    Doc# 21    Filed: 12/11/15    Entered: 12/11/15 15:03:26    Page 2 of 3

Dino and Nicole Antovoni
701 Braxton Court
McKinney, TX 75071

Marilda Siemers
9 Maverick Lane
Pinehurst, NC 28374

Michael Wu
30 Pilarcitos Ct
Burlingame, CA 94010

Ralph and Karen Marie Largo
30 Pilarcitos Ct
Burlingame, CA 94010