Entered on Docket
January 11, 2016
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**CHANGES MADE BY COURT**

Signed and Filed: January 10, 2016

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

1  Onyinye N. Anyama (SBN: 262152)
2  **Anyama Law Firm**
   18000 Studebaker Road, Suite 700
3  Cerritos, California 90703
   Tel. (562) 467-8942; Fax(562) 467-8942
4
5  Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| In Re: | Case No. **15-31519** |
|---|---|
| **JINNIE JINHEUI CHANG CHAO** | Chapter 11 |
| | **ORDER TO EMPLOY ATTORNEY FOR DEBTOR AND DEBTOR-IN-POSSESSION** |
| Debtor-in-possession | |

Upon reading and consideration of the Debtor's Application to Employ Onyinye N. Anyama as her attorney in this Chapter 11 Case, and the court being satisfied that Onyinye N. Anyama represents no interest adverse to the Debtor, or to such estate, that such employment is necessary and that good cause appears for such employment,

**IT IS HEREBY ORDERED**, that the employment of Onyinye N. Anyama as attorney for the Debtor and Debtor-In-Possession in this chapter 11 case is approved retroactive to the date of the petition.

```
The court's GUIDELINES FOR COMPENSATION AND EXPENSE REIMBURSEMENT OF PROFESSIONALS AND
TRUSTEES will apply.  They are available in the Rules & Procedures section of the
court's website.
```

**END OF ORDER**