Onyinye N. Anyama (SBN: 262152)
**Anyama Law Firm | A Professional Corporation**
18000 Studebaker Road, Suite 700
Cerritos, Ca 90703
Tel: (562) 467-8942; eFax: (562) 318-3669
*info@anyamalaw.com*
**Attorney for Debtor**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Chapter 11** |
| | **Case No. 15-31519** |
| **Jinnie Jinheui Chang Chao** | **DECLARATION OF JINNIE JINHEUI CHANG CHAO IN SUPPORT OF THE FIRST INTERIM FEE APPLICATION** |
| **Debtor** | |

Declaration                                                                 1

## **DECLARATION OF JINNIE JINHUEI CHANG CHAO**

I, Jinnie Jinhuei Chang Chao, do hereby declare and say as follows:

1. I am over eighteen (18) years of age and citizen of the United States of America. I make this Declaration based upon the following facts, all of which are within my personal knowledge or belief. As to all matter alleged on information and belief, I believe them to be true. If called upon as witnesses, I could and would competently testify thereto.

2. I am the Debtor in the above-captioned bankruptcy case. December 4, 2016 (the "Petition Date"), I filed for a voluntary petition for relief under Chapter 11 of Title 11 of the United State Bankruptcy Code.

3. Onyinye Anyama and Anyama Law Firm have served as my counsel in this case.

4. I provided an initial fee for legal services and expenses in connection with this Chapter 11 case to Anyama Law Firm in the amount of $20,000.00. I understand and believe of the $20,000.00 collected, $1,717.00 was used toward my filing fees, $176.00 was used towards my Motion to Impose Stay court filing fees and $8,107.00 was used towards all my pre-petition services and expenses paid to Anyama Law Firm. Currently my counsel has a pre-petition balance of $10,000.00 in my client trust account.

5. I did not provide any additional monies for legal services or expenses Anyama Law Firm.

7. I understand the fee application covers fees earned and costs incurred from December 7, 2015 to March 14, 2017.

8. Anyama Law Firm provided me with itemized invoices of professional fees and costs incurred in the form of billing statements along with a copy of this application for compensation.

9. I have had an opportunity to review the application, billing statements, and the accompanying cover letter from Anyama Law Firm and understand and support the relief

sought. I believe that the efforts of Anyama Law Firm have been in the best interest of the bankruptcy estate.

10. It is my personal belief that the requested compensation of $21,280.00, and reimbursement of costs incurred by Applicant during the Application Period in the amount of $1,080.02 for a total award of $22,360.02 is reasonable compensation for the work performed by my counsel.

11. I have no objection to the relief sought and as for the court to grant the motion and allow me to pay it out of my personal income in debtor-in possession bank account.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 7th day of April, 2017, at Los Angeles, California.

Jinnie Jinhuei Chang Chao
Debtor

Declaration