

Signed and Filed: July 6, 2017

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Onyinye N. Anyama (SBN: 262152)
**Anyama Law Firm | A Professional Law Corporation**
18000 Studebaker Road, Suite 325
Cerritos, California 90703
Tel. (562) 645-4500; Fax (562) 645-4494

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In Re:

**JINNIE JINHEUI CHANG CHAO**

Debtor-in-possession

Case No. **15-31519**

(Chapter 11)

**ORDER GRANTING IN PART FEE APPLICATION FOR COMPENSATION**

Date: **May 5, 2017**
Time: **9:30 a.m.**
Crtrm: **17**

The Debtor's First Application for Compensation (the "First Fee App"), came on for hearing before the Honorable Dennis Montali on the above date and time. Onyinye N. Anyama, appeared for the debtor. Notice appearing proper and the court having considered all papers filed in support of the Fee Application, and having considered the argument of counsel and upon due consideration, and good cause appearing,

**IT IS HEREBY ORDERED** that the application is allowed in part. Counsel will withdraw the balance of the retainer in the Attorney-Client Trust Account in the amount of $10,000. The court defers any decision granting or denying the application for the balance of fees requested.

**END OF ORDER**