Signed and Filed: October 2, 2017

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Onyinye N. Anyama (SBN: 262152)
**Anyama Law Firm | A Professional Corporation**
18000 Studebaker Road, Suite 325
Cerritos, CA 90703
Tel: (562) 645-4500; eFax: (562) 318-3669
*info@anyamalaw.com*

Attorney for Debtor and Debtor-in-Possession
JINNIE JINHUEI CHANG CHAO

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 15-31519 |
| JINNIE JINHUEI CHANG CHAO, | Chapter 11 |
| Debtor-in-Possession. | ORDER GRANTING AMENDED MOTION OF DEBTOR-IN-POSSESSION TO DETERMINE OWNERSHIP OF EXEMPT FUNDS, PURSUANT TO CALIFORNIA CIVIL PROCEDURE §§ 703.140(b)(10)(E) & 703.080 |

The Amended Motion of Debtor-in-Possession to Determine Ownership of Exempt Funds, pursuant to California Civil Procedure Code §§ 703.140(b)(10)(E) & 703.080 (the "Motion"), came on for hearing before the Honorable Dennis Montali on September 14, 2017, at 11:30 a.m. Onyinye N. Anyama appeared for the debtor. The Court, having considered all papers filed in support of the Motion and upon due consideration, and for the reasons stated on the record, determines:

**IT IS HEREBY ORDERED** that the Motion is granted in part only to the extent of determining that the funds held in the debtor's Allianz IRA Annuity Account Nos. XXXX6719 and XXXX6821 are exempt funds of the debtor, and the $9,026.61 withdrawn from Account No. XXXX6719 and the $7,518.13 withdrawn from Account No. XXXX6821 in December 2016 are

exempt funds of the debtors. The Court defers ruling on that part of the Motion seeking to use post-petition earnings of the debtor to pay for the remaining balance of attorneys' fees of the debtor's criminal defense counsel after application of said exempt funds because there was not sufficient notice to creditors that the debtor's post-petition earnings were at issue in the Motion.

**END OF ORDER**