**Entered on Docket
May 16, 2018
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

Signed and Filed: May 16, 2018



_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case |
| | ) No. 15-31519-DM |
| JINNIE JINHUEI CHANG CHAO, | ) Chapter 11 |
| | ) |
| Debtor. | ) |

**ORDER GRANTING INTERIM APPROVAL OF FEES AND COSTS, IN PART**

On April 26, 2018, the court held a hearing on the Second Fee Application (Docket No. 203) filed by counsel Onyinye N. Anyama of the Anyama Law Firm ("Applicant"), who sought compensation and reimbursement of expenses incurred in representing the chapter 11 estate of Jinnie Jinhuei Change Chao ("Debtor"). The current application duplicates and incorporates the fees and costs requested in previous applications: (1) Docket No. 106 filed on April 7, 2017 ("First App"), and (2) Docket No. 191, filed on February 21, 2018 ("Second App").

A. <u>The First App</u>

In the First App, Applicant sought approval of $21,280.00 in fees and $1,808.02 in costs, for a total award of $22,360.02. The court permitted Applicant to apply a pre-petition retainer

($10,000) retainer against those fees but deferred approval of the balance. For the reasons set forth on the record of the hearing on the First App held on May 5, 2017, the court will reduce the fees ($21,280.00) sought therein by twenty percent (i.e., by $4,360). Therefore, the court will approve -- on an interim basis[1] -- fees in the amount of $16,920.00, $10,000 of which has already been paid from the retainer.

B.  <u>The Second App</u>

The Second App sought court approval of fees in the amount of $7,390.00 and costs in the amount of $668.38. The court will allow all of these fees and costs on an interim basis. The court does note, however, that the Second App indicates in enumerated paragraph 7 on page 3 that "numerous courtesy discounts [are] reflected throughout the attached billing records." Notwithstanding this assertion, the court could not locate any such discounts.

C.  <u>The Current Application</u>

As noted previously, the current application incorporates and seeks approval of the First and Second App. For the reasons set forth above, it is hereby ORDERED that:

  1.  Applicant is allowed, on an interim basis, fees in the amount of $16,920.00 and costs in the amount of $1,080.02. After application of the $10,000 retainr, Applicant is entitled to payment of $6,920.00 in fees and $1,080.02 in costs. The balance of the fees sought in the First App ($4,360.00) is disallowed.

---

[1] While the various applications are confusing, Applicant appears to seek final approval of fees sought in the First App. As no plan has been confirmed and a status conference has been scheduled for August 23, 2018, regarding the disclosure statement and plan, the court will not approve any fees on a final basis.

2.   Applicant is additionally allowed, on an interim basis, fees sought in the Second App in the amount of $7,390.00 and costs in the amount of $668.38.

**\*\*END OF ORDER\*\***