UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Jinnie Jinhuei Chang Chao

Case No. 15-31519

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 08/31/18          PETITION DATE: 12/04/15

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in $1

2. **Asset and Liability Structure**

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| a. Current Assets | $34,390 | $63,138 | |
| b. Total Assets | $4,015,311 | $4,044,059 | $4,008,240 |
| c. Current Liabilities | $0 | $0 | |
| d. Total Liabilities | $2,720,229 | $2,720,229 | $2,720,229 |

3. **Statement of Cash Receipts & Disbursements for Month**

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | $6,339 | $8,921 | $862,905 |
| b. Total Disbursements | $35,086 | $39,109 | $828,830 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($28,747) | ($30,188) | $34,075 |
| d. Cash Balance Beginning of Month | $45,031 | $78,771 | $9,212 |
| e. Cash Balance End of Month (c + d) | $16,283 | $45,031 | $43,287 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. Account Receivables (Pre and Post Petition) | $0 | N/A | |
| 6. Post-Petition Liabilities | $0 | N/A | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | N/A | |

At the end of this reporting month:                                                          **Yes**        **No**

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) ____ X

9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) ____ X

10. If the answer is yes to 8 or 9, were all such payments approved by the court? ____ X

11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) ____ X

12. Is the estate insured for replacement cost of assets and for general liability? X

13. Are a plan and disclosure statement on file? ____ X

14. Was there any post-petition borrowing during this reporting period? ____ X

15. Check if paid: Post-petition taxes ___ ; U.S. Trustee Quarterly Fees  X  ; Check if filing is current for: Post-petition tax reporting and tax returns: ___ .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 9/13/2018

Responsible Individual

Revised 1/1/98

# BALANCE SHEET
## (Small Real Estate/Individual Case)
### For the Month Ended 08/31/18

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $16,283 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | $18,107 |
| 4 | Other: | | |
| 5 | | | |
| 6 | **Total Current Assets** | | $34,390 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | |
| 8 | Real property (rental or commercial) | | $3,557,000 |
| 9 | Furniture, Fixtures, and Equipment | | |
| 10 | Vehicles | | $10,141 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other: | | $413,780 |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $3,980,921 |
| 18 | **Total Assets** | | $4,015,311 |

**Liabilities**

**Post-Petition Liabilities**

**Current Liabilities**

| | | | |
|---|---|---|---|
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $0 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $ 2,654,580.00 |
| 29 | Secured claims (other) | | |
| 30 | Priority unsecured claims | | |
| 31 | General unsecured claims | | $65,649 |
| 32 | **Total Pre-Petition Liabilities** | | $ 2,720,229.00 |
| 33 | **Total Liabilities** | | $ 2,720,229.00 |

**Equity (Deficit)**

| | | | |
|---|---|---|---|
| 34 | **Total Equity (Deficit)** | | $1,295,082 |
| 35 | **Total Liabilities and Equity (Deficit)** | | $4,015,311 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

## SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

List the Rental Information Requested Below By Properties (For Rental Properties Only)

| | | Property 1 | Property 2 | Property 3 | Property 4 | Property 5 |
|---|---|---|---|---|---|---|
| 1 | Description of Property | 4195 #30 Pilarcito Ct | 4209 #701 Braxton Ct | 4217 #8108 Penobscot LN | 4225 Pinehurst NC-305 St Andrews | 4187 Pinhurst NC-9MP |
| 2 | Scheduled Gross Rents | $0 | $0 | $3,970 | $0 | $937 |
| | Less: | | | | | |
| 3 | Vacancy Factor | $0 | $0 | $0 | $0 | $0 |
| 4 | Free Rent Incentives | $0 | $0 | $0 | $0 | $0 |
| 5 | Other Adjustments | $0 | $0 | $0 | $0 | $0 |
| 6 | Total Deductions | $0 | $0 | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $3,970 | $0 | $937 |
| 8 | Less: Rents Receivable (2) | | | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $3,970 | $0 | $937 |

(2) To be completed by cash basis reporters only.

| | | Account 1 | Account 2 | Account 3 | Account 4 | Account 5 | Account 6 |
|---|---|---|---|---|---|---|---|
| 10 | Bank | City National Bank 4195 | City National Bank 4209 | City National Bank 4217 | City National Bank 4225 | City National Bank 4187 | City National Bank 4233 |
| 11 | Account No. | | | | | | |
| 12 | Account Purpose | | | | | | |
| 13 | Balance, End of Month | $5,999 | $0 | $3,637 | $603 | $1,547 | $4,497 |
| 14 | Total Funds on Hand for all Accounts | $16,283 | | | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

2941

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 08/31/18

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $ 3,970.00 | $0 |
| 2 | Rent/Leases Collected | $ 937.00 | |
| 3 | Rent/Leases Collected | | |
| 4 | Rent/Leases Collected | | |
| 5 | Rent/Leases Collected | | |
| 6 | Rent/Leases Collected | | |
| 7 | Rent/Leases Collected | | |
| 8 | Cash Received from Income | $1,432 | $0 |
| 9 | Interest Received | | $0 |
| 10 | Borrowings | | $0 |
| 11 | Funds from Shareholders, Partners, or Other Insiders | | $0 |
| 12 | Personal income(Petty Cash) | | $0 |
| 13 | | | |
| 14 | **Total Cash Receipts** | $6,339 | $862,905 |
| | **Cash Disbursements** | | |
| 15 | Selling | | $0 |
| 16 | Administrative | | $0 |
| 17 | Capital Expenditures | | $0 |
| 18 | Principal Payments on Debt | | $0 |
| 19 | Interest Paid | | $0 |
| | Rent/Lease: | | |
| 20 |    Personal Property | | $0 |
| 21 |    Real Property | | $0 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 22 |    Salaries | | $0 |
| 23 |    Draws | | $0 |
| 24 |    Commissions/Royalties | | $0 |
| 25 |    Expense Reimbursements | | $0 |
| 26 |    Other | | $0 |
| 27 | Salaries/Commissions (less employee withholding) | | $0 |
| 28 | Management Fees | | $0 |
| | Taxes: | | $0 |
| 29 |    Employee Withholding | | $0 |
| 30 |    Employer Payroll Taxes | | $0 |
| 31 |    Real Property Taxes | | $0 |
| 32 |    Other Taxes | | $0 |
| 33 | Personal Expenses: | $16 | $0 |
| 34 | Mortgage Payments | $25,886 | $0 |
| 35 | Mortgage Payments | $2,903 | $0 |
| 36 | Mortgage Payments | $4,263 | $0 |
| 37 | Mortgage Payments | $2,018 | $0 |
| | Mortgage Payments | | |
| 38 | | | $0 |
| 37 | | | |
| 39 | **Total Cash Disbursements:** | $35,086 | $828,830 |
| 39 | **Net Increase (Decrease) in Cash** | ($28,747) | $34,075 |
| 40 | **Cash Balance, Beginning of Period** | $45,031 | $9,212 |
| 41 | **Cash Balance, End of Period** | $16,283 | $43,287 |

Case: 15-31519    Doc# 229    Filed: 09/14/18    Entered: 09/14/18 11:51:39    Page 4 of 10

Revised 1/1/98

# City National Bank 
**AN RBC COMPANY**

Page 1     (3)

Account #:    4195

This statement: August 31, 2018
Last statement: July 31, 2018

Contact us:
800 773-7100

431
JINNIE JINHUEI CHANG CHAO
DIP CASE NO. 15-31519
30 PILARCITOS CT
HILLSBOROUGH CA 94010

0830K

Burlingame Banking Office
1450 Chapin Avenue Ste. 100
Burlingame, CA    94010

cnb.com

## Checking Account

**Account Summary**

| | |
|---|---:|
| Account number | 4195 |
| Minimum balance | $5,999.28 |
| Average balance | $12,897.90 |
| Avg. collected balance | $12,897.00 |

**Account Activity**

| | | |
|---|---:|---:|
| Beginning balance (7/31/2018) | | $31,885.37 |
| Credits | + $0.00 | |
| Debits   Checks paid (3) | - 25,886.09 | |
|         Electronic db (0) | - 0.00 | |
|         Other debits (0) | - 0.00 | |
|         Total debits | | - $25,886.09 |
| Ending balance (8/31/2018) | | $5,999.28 |

### CHECKS PAID

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---:|---|---|---:|---|---|---:|---|---|---|
| 116 | 8-15 | 1,400.00 | 119 * | 8-3 | 12,379.00 | 120 | 8-15 | 12,107.09 | * Skip in check sequence | | |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---:|---|---:|---|---:|---|---|
| 7-31 | 31,885.37 | 8-3 | 19,506.37 | 8-15 | 5,999.28 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---:|---:|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for banking with Burlingame Banking Office


# CITY NATIONAL BANK
## AN RBC COMPANY

Page 1     (1)

Account #:    34209

This statement: August 31, 2018
Last statement: July 31, 2018

Contact us:
800 773-7100

431                        0830K
JINNIE JINHUEI CHANG CHAO
DIP CASE NO. 15-31519
30 PILARCITOS CT
HILLSBOROUGH CA 94010

Burlingame Banking Office
1450 Chapin Avenue Ste. 100
Burlingame, CA   94010

cnb.com

## Checking Account

### Account Summary
| | |
|---|---|
| Account number | 4209 |
| Minimum balance | $0.11 |
| Average balance | $1,217.60 |
| Avg. collected balance | $1,217.00 |

### Account Activity
| | | |
|---|---|---|
| Beginning balance (7/31/2018) | | $2,903.36 |
| Credits | + $0.00 | |
| Debits   Checks paid (1) | - 2,903.25 | |
|         Electronic db (0) | - 0.00 | |
|         Other debits (0) | - 0.00 | |
|         Total debits | | - $2,903.25 |
| Ending balance (8/31/2018) | | $0.11 |

### CHECKS PAID
| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 130 | 8-14 | 2,903.25 | | | | | | | | | |

### DAILY BALANCES
| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 7-31 | 2,903.36 | 8-14 | .11 | | | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for banking with Burlingame Banking Office

# CITY NATIONAL BANK
## AN RBC COMPANY

Page 1        (0)
Account #        4217

This statement: August 31, 2018
Last statement: July 31, 2018

Contact us:
800 773-7100

Burlingame Banking Office
1450 Chapin Avenue Ste. 100
Burlingame, CA  94010

cnb.com

431        0830K
JINNIE JINHUEI CHANG CHAO
DIP CASE NO. 15-31519
30 PILARCITOS CT
HILLSBOROUGH CA 94010

## Checking Account

### Account Summary

| | |
|---|---:|
| Account number | 4217 |
| Minimum balance | $3,637.55 |
| Average balance | $5,179.00 |
| Avg. collected balance | $5,179.00 |

### Account Activity

| | | | |
|---|---|---:|---:|
| Beginning balance (7/31/2018) | | | $3,930.09 |
| Credits | Deposits (0) | + 0.00 | |
| | Electronic cr (2) | + 3,970.77 | |
| | Other credits (0) | + 0.00 | |
| | Total credits | | +$3,970.77 |
| Debits | Checks paid (0) | - 0.00 | |
| | Electronic db (1) | - 4,263.31 | |
| | Other debits (0) | - 0.00 | |
| | Total debits | | - $4,263.31 |
| Ending balance (8/31/2018) | | | $3,637.55 |

### ELECTRONIC CREDITS

| Date | Description | Credits |
|---|---|---:|
| 8-2 | Preauthorized Credit 1001-DALLAS/FORT WEB PMTS PPD JINNIE CHAO LH2W51 | 303.60 |
| 8-3 | Preauthorized Credit 1001-DALLAS/FORT WEB PMTS PPD JINNIE CHAO NMRY51 | 3,667.17 |

### ELECTRONIC DEBITS

| Date | Description | Debits |
|---|---|---:|
| 8-14 | Electronified Check SP SERVICING MRTG PMT ARC CK SER #: 0135 | 4,263.31 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---:|---|---:|---|---:|---|---:|
| 7-31 | 3,930.09 | 8-2 | 4,233.69 | 8-3 | 7,900.86 | 8-14 | 3,637.55 |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---:|---:|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for banking with Burlingame Banking Office



# CITY NATIONAL BANK
## AN RBC COMPANY

Page 1        (0)
Account    34225

This statement: August 31, 2018
Last statement: July 31, 2018

Contact us:
800 773-7100

Burlingame Banking Office
1450 Chapin Avenue Ste. 100
Burlingame, CA   94010

cnb.com

431
JINNIE JINHUEI CHANG CHAO
DIP CASE NO. 15-31519
30 PILARCITOS CT
HILLSBOROUGH CA 94010

0830K

## Checking Account

**Account Summary**

| | |
|---|---|
| Account number | 4225 |
| Minimum balance | $603.08 |
| Average balance | $603.08 |
| Avg. collected balance | $603.00 |

**Account Activity**

| | |
|---|---|
| Beginning balance (7/31/2018) | $603.08 |
| Credits | + $0.00 |
| Debits | - $0.00 |
| Ending balance (8/31/2018) | $603.08 |

** No activity this statement period **

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for banking with Burlingame Banking Office



# CITY NATIONAL BANK
## AN RBC COMPANY

Page 1     (0)
Account #: J4233

This statement: August 31, 2018
Last statement: July 31, 2018

Contact us:
800 773-7100

431
JINNIE JINHUEI CHANG CHAO
DIP CASE NO. 15-31519
30 PILARCITOS CT
HILLSBOROUGH CA 94010

0B30K

Burlingame Banking Office
1450 Chapin Avenue Ste. 100
Burlingame, CA 94010

cnb.com

## Checking Account

**Account Summary**

| | |
|---|---:|
| Account number | 4233 |
| Minimum balance | $3,082.07 |
| Average balance | $3,863.15 |
| Avg. collected balance | $3,863.00 |

**Account Activity**

| | | |
|---|---:|---:|
| Beginning balance (7/31/2018) | | $3,082.07 |
| **Credits** Deposits (0) | + 0.00 | |
| Electronic cr (1) | + 1,432.00 | |
| Other credits (0) | + 0.00 | |
| Total credits | | +$1,432.00 |
| **Debits** Checks paid (0) | - 0.00 | |
| Electronic db (1) | - 16.32 | |
| Other debits (0) | - 0.00 | |
| Total debits | | - $16.32 |
| Ending balance (8/31/2018) | | $4,497.75 |

### ELECTRONIC CREDITS

| Date | Description | Credits |
|---|---|---:|
| 8-15 | Preauthorized Credit SSA TREAS 310 XXSOC SEC PPD JINNIE CHANG | 1,432.00 |

### ELECTRONIC DEBITS

| Date | Description | Debits |
|---|---|---:|
| 8-24 | Preauthorized Debit EMBRACE PET INS INSURANCE WEB JINNIE *CHAO 2102830 | 16.32 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---:|---|---:|---|---:|---|---:|
| 7-31 | 3,082.07 | 8-15 | 4,514.07 | 8-24 | 4,497.75 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---:|---:|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for banking with Burlingame Banking Office



# CITY NATIONAL BANK
### AN RBC COMPANY

Page 1    (2)

Account #:    )4187

This statement: August 31, 2018
Last statement: July 31, 2018

Contact us:
800 773-7100

Burlingame Banking Office
1450 Chapin Avenue Ste. 100
Burlingame, CA   94010

431
JINNIE JINHUEI CHANG CHAO
DIP CASE NO. 15-31519
30 PILARCITOS CT
HILLSBOROUGH CA 94010

0830K

cnb.com

## Checking Account

### Account Summary

| | |
|---|---|
| Account number | 4187 |
| Minimum balance | $1,547.79 |
| Average balance | $2,212.68 |
| Avg. collected balance | $2,212.00 |

### Account Activity

| | | | |
|---|---|---|---|
| Beginning balance (7/31/2018) | | | $2,628.49 |
| Credits | Deposits (0) | + 0.00 | |
| | Electronic cr (1) | + 937.50 | |
| | Other credits (0) | + 0.00 | |
| | Total credits | | +$937.50 |
| Debits | Checks paid (2) | - 2,018.20 | |
| | Electronic db (0) | - 0.00 | |
| | Other debits (0) | - 0.00 | |
| | Total debits | | - $2,018.20 |
| Ending balance (8/31/2018) | | | $1,547.79 |

### ELECTRONIC CREDITS

| Date | Description | Credits |
|---|---|---|
| 8-7 | Preauthorized Credit VILLAGE OF PINEH VILLAGEOFP PPD JINNIE CHAOMP9 | 937.50 |

### CHECKS PAID

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 134 | 8-14 | 944.45 | 135 | 8-14 | 1,073.75 | | | | | | |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 7-31 | 2,628.49 | 8-7 | 3,565.99 | 8-14 | 1,547.79 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for banking with Burlingame Banking Office