Onyinye Anyama (SBN 262152)
**ANYAMA LAW FIRM, A Professional Corporation**
18000 Studebaker Road, Suite 325
Cerritos, California 90703
Tel. (562) 467-8942; Fax. (562) 467-8943

Attorney for Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT
# NORTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Chapter 11 |
| | Case No. **15-31519** |
| **JINNIE JINHUEI CHANG CHAO** | **DEBTORS UPDATED STATUS CONFERENCE REPORT** |
| **Debtor-in-Possession** | Date: January 10, 2019<br>Time: 10:00 a.m.<br>Room: 17-450 Golden Gate Ave,<br>San Francisco, CA 94102 |

**TO: THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE**

The above-captioned debtor-in-possession, Jinnie Jinhuei Chang Chao ("Debtor"), by and through her attorney of record herein, Onyinye N. Anyama ("Debtors Counsel") hereby respectfully files this Case Status Conference Report, and sets forth the following facts therein:

## INTRODUCTION/EVENTS LEADING TO BANKRUPTCY

Jinnie Jinhuei Chang Chao (the "debtor") is an individual and residents of the state of California. Ms. Chao (real estate professional) experienced major decrease in her income. She attempted to reorganize her debt by filing Chapter 13 cases in 2015 pro se. However the case was dismissed since Ms. Chao represented herself and was unsophisticated in bankruptcy matters. Ms.

-DEBTORS STATUS CONFERENCE REPORT-

1

Chao employed Onyinye Anyama/Anyama Law Firm to file her Chapter 11 bankruptcy case to reorganize her debt.

Virtually all of the Debtor's assets are encumbered by holders of prior secured claims. The principal assets of the estate are the following properties currently owned by the debtor.

- *8108 Penobscot Ln. McKinney TX,*
- *701 Braxton Ct. McKinney TX,*
- *30 Pilarcitos Ct Hillsborough CA*
- *305 St Andrews Dr. Pinehurst NC*
- *9 Maverick Pl. Pinehurst*

## STATUS OF BANKRUPTCY CASE

On August 23, 2018, the hearing was continued for holding purposes and as a continued status conference hearing.

We have made contact with the attorney in the debtor's criminal case, and he has communicated that the case hearing date was moved from November 19, 2018 to January 14, 2019, at which time the court will set a trial date.

Therefore, the debtor would like to request that the status conference be continued to a hearing date after the criminal case hearing of January 14, 2019.

Dated: November 27, 2018          Anyama Law Firm

                                  By: /s/Onyinye N. Anyama
                                  Attorney for Debtor-in-Possession
                                          Jinnie Chang Chao

# **DECLARATION OF ONYINYE N. ANYAMA**

I Onyinye Anyama, declare as follows:

1. I am the Attorney at Law licensed to practice in the State of California and before this court. I am the attorney for the debtor in this case, and as such I have personal knowledge of the facts in this case.

2. This declaration is made in support of the Debtors Case Status Conference Report.

3. The debtor's real properties are located at :

   - *8108 Penobscot Ln. McKinney TX,*
   - *701 Braxton Ct. McKinney TX,*
   - *30 Pilarcitos Ct Hillsborough CA*
   - *305 St Andrews Dr. Pinehurst NC*
   - *9 Maverick Pl. Pinehurst*

4. On August 23, 2018, the court continued the hearing for holding purposes. The continued hearing date is to be considered a status conference hearing.

5. On November 27, 2018, I contacted Ethan Balogh (the criminal case attorney) and he advised me that the criminal case was moved from November 19, 2018 to January 14, 2019, at which time the court would set a trial date.

6. I would like to request the court to continue the status conference hearing to be heard after the criminal case hearing scheduled for January 14, 2019.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: November 27, 2018          Respectfully Submitted,

                                         **/s/Onyinye N. Anyama**
                                         Onyinye N. Anyama
                                         Attorney for Debtors-in-possession