

JaVonne M. Phillips, Esq. SBN 187474
Kelly M. Raftery, Esq. SBN 249195
**McCarthy & Holthus, LLP**
411 Ivy Street
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4811
kraftery@mccarthyholthus.com

Attorneys for Secured Creditor, Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1, its assignees and/or successors, by and through its servicing agent Planet Home Lending, LLC

**CHANGES MADE BY COURT**

Signed and Filed: September 24,

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | ) Case No. 15-31519 DM |
| | ) |
| Jinnie Jinhuei Chang Chao, | ) Chapter 11 |
| | ) |
| Debtor. | ) RS No. KMR-11241 |
| | ) |
| | ) **ORDER APPROVING STIPULATION** |
| | ) **TO RESOLVE MOTION FOR** |
| | ) **RELIEF FROM STAY [Dkt. 249]** |
| | ) |
| | ) Re: 30 Pilarcitos Court, Hillsborough, CA |
| | ) |
| | ) Date: 9/12/2019 |
| | ) Time: 11:00 AM |
| | ) Ctrm: 17 |
| | ) Place: 450 Golden Gate Ave, San Francisco, CA |

The parties agreed to the terms set forth in the Stipulation to Resolve Motion for Relief from Stay [Dkt. 249] filed on 9/23/2019 as document #253 and are bound by the terms of their stipulation which shall be the Order of this Court.

**\*\*END OF ORDER\*\***

1

File No. CA-19-156226 / Case No. 15-31519 DM
Order on Adequate Protection Stipulation

**COURT SERVICE LIST**