Onyinye Anyama (SBN 262152)
**ANYAMA LAW FIRM, A Professional Corporation**
18000 Studebaker Road, Suite 325
Cerritos, California 90703
Tel. (562) 467-8942; Fax. (562) 467-8943

Attorney for Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT
# NORTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Chapter 11 |
| | Case No. **15-31519** |
| **JINNIE JINHUEI CHANG CHAO** | **DEBTOR'S UPDATED STATUS CONFERENCE REPORT** |
| **Debtor-in-Possession** | **DECLARATION OF ONYINYE N. ANYAMA IN SUPPORT THEREOF** |
| | Date: December 13, 2019<br>Time: 10:30 a.m.<br>Room: 17-450 Golden Gate Ave,<br>San Francisco, CA 94102 |

**TO: THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE**

The above-captioned debtor-in-possession, Jinnie Jinhuei Chang Chao ("Debtor"), by and through her attorney of record herein, Onyinye N. Anyama ("Debtors Counsel") hereby respectfully files this Updated Case Status Conference Report, and sets forth the following facts therein:

## INTRODUCTION/EVENTS LEADING TO BANKRUPTCY

Jinnie Jinhuei Chang Chao (the "debtor") is an individual and resident of the state of California. Ms. Chao (real estate professional) experienced major decrease in her income. She

-DEBTOR'S UPDATED STATUS CONFERENCE REPORT-   1

attempted to reorganize her debt by filing Chapter 13 cases in 2015 pro se. However, the case was dismissed since Ms. Chao represented herself and was unsophisticated in bankruptcy matters. Ms. Chao employed Onyinye Anyama/Anyama Law Firm to file her Chapter 11 bankruptcy case to reorganize her debt.

Virtually all of the Debtor's assets are encumbered by holders of prior secured claims. The principal assets of the estate are the following properties currently owned by the debtor.

- *8108 Penobscot Ln. McKinney TX,*
- *701 Braxton Ct. McKinney TX,*
- *30 Pilarcitos Ct Hillsborough CA*
- *305 St Andrews Dr. Pinehurst NC*
- *9 Maverick Pl. Pinehurst*

### STATUS OF BANKRUPTCY CASE

On January 10, 2019, the hearing was continued for holding purposes and as a continued status conference hearing. The court further continued the hearing to June 27, 2019. Trial in the Criminal case is scheduled for two weeks beginning February 4, 2020. Therefore, the debtor would like to request that the status conference be continued to a hearing date after the trial in February 2020.

Dated: December 11, 2019        Anyama Law Firm

By: /s/Onyinye N. Anyama
Attorney for Debtor-in-Possession
Jinnie Chang Chao

# DECLARATION OF ONYINYE N. ANYAMA

I Onyinye Anyama, declare as follows:

1. I am the Attorney at Law licensed to practice in the State of California and before this court. I am the attorney for the debtor in this case, and as such I have personal knowledge of the facts in this case.

2. This declaration is made in support of the Debtors Case Status Conference Report.

3. The debtor's real properties are located at :
   - *8108 Penobscot Ln. McKinney TX,*
   - *701 Braxton Ct. McKinney TX,*
   - *30 Pilarcitos Ct Hillsborough CA*
   - *305 St Andrews Dr. Pinehurst NC*
   - *9 Maverick Pl. Pinehurst*

4. On January 10, 2019, the court continued the hearing for holding purposes. The court further continued the hearing to June 27, 2019.

5. At the last hearing the court further continued the hearing to December 13, 2019.

6. On December 11, 2019, I contacted Ethan Balogh (the criminal case attorney) and he advised me that trial is set to commence on February 4, 2020 and the trial is scheduled for two weeks.

7. I would like to request the court to continue the status conference hearing to be heard after the trial scheduled for February 4, 2020.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: December 11, 2019				Respectfully Submitted,

						**/s/Onyinye N. Anyama**
						Onyinye N. Anyama
						Attorney for Debtor-in-possession