# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: Jinnie Jinhuei Chang Chao

Case No. 15-31519

**CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 03/31/21  **PETITION DATE:** 12/04/15

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in $1

2. **Asset and Liability Structure**

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| a. Current Assets | $36,846 | $33,499 | |
| b. Total Assets | $4,017,767 | $4,014,420 | $4,008,240 |
| c. Current Liabilities | $0 | $0 | |
| d. Total Liabilities | $2,720,229 | $2,720,229 | $2,720,229 |

3. **Statement of Cash Receipts & Disbursements for Month**

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | $12,210 | $9,795 | $ 1,225,462.24 |
| b. Total Disbursements | $8,863 | $2,534 | $1,190,218 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $3,347 | $7,261 | $ 35,244.53 |
| d. Cash Balance Beginning of Month | $15,392 | $8,132 | $9,212 |
| e. Cash Balance End of Month (c + d) | $18,739 | $15,393 | $ 44,456.53 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. Account Receivables (Pre and Post Petition) | $0 | N/A | |
| 6. Post-Petition Liabilities | $0 | N/A | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | N/A | |

**At the end of this reporting month:**

| | Yes | No |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | X |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. Are a plan and disclosure statement on file? | | X |
| 14. Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes ___ ; U.S. Trustee Quarterly Fees  X  ; Check if filing is current for: Post-petition tax reporting and tax returns: ___ .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 5/24/21

Responsible Individual

Revised 1/1/98

**BALANCE SHEET**
**(Small Real Estate/Individual Case)**
**For the Month Ended** 03/31/21

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $18,739 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | $18,107 |
| 4 | Other: | | |
| 5 | | | |
| 6 | **Total Current Assets** | | $36,846 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | |
| 8 | Real property (rental or commercial) | | $3,557,000 |
| 9 | Furniture, Fixtures, and Equipment | | |
| 10 | Vehicles | | $10,141 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other: | | $413,780 |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $3,980,921 |
| 18 | **Total Assets** | | $4,017,767 |

**Liabilities**

**Post-Petition Liabilities**

**Current Liabilities**

| | | | |
|---|---|---|---|
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $0 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $ 2,654,580.00 |
| 29 | Secured claims (other) | | |
| 30 | Priority unsecured claims | | |
| 31 | General unsecured claims | | $65,649 |
| 32 | **Total Pre-Petition Liabilities** | | $ 2,720,229.00 |
| 33 | **Total Liabilities** | | $ 2,720,229.00 |

**Equity (Deficit)**

| | | |
|---|---|---|
| 34 | **Total Equity (Deficit)** | $1,297,538 |
| 35 | **Total Liabilities and Equity (Deficit)** | $4,017,767 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

## SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 | Property 4 | Property 5 | |
|---|---|---|---|---|---|---|---|
| 1 | Description of Property | 4195 #30 Pilarcito Ct | 4209 #701 Braxton Ct | 4217 #8108 Penobscot LN | 4225 Pinehurst NC-305 St Andrews | 4187 Pinhurst NC-9MP | |
| 2 | Scheduled Gross Rents | $0 | $2,809 | $4,117 | $1,291 | $1,084 | |
| | Less: | | | | | | |
| 3 | Vacancy Factor | $0 | $0 | $0 | $0 | $0 | |
| 4 | Free Rent Incentives | $0 | $0 | $0 | $0 | $0 | |
| 5 | Other Adjustments | $0 | $0 | $0 | $0 | $0 | |
| 6 | Total Deductions | $0 | $0 | $0 | $0 | $0 | |
| 7 | Scheduled Net Rents | $0 | $2,809 | $4,117 | $1,291 | $1,084 | |
| 8 | Less: Rents Receivable (2) | | | | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $2,809 | $4,117 | $1,291 | $1,084 | |

(2) To be completed by cash basis reporters only.

| | | Account 1 | Account 2 | Account 3 | Account 4 | Account 5 | Account 6 |
|---|---|---|---|---|---|---|---|
| 10 | Bank | City National Bank 4195 | City National Bank 4209 | City National Bank 4217 | City National Bank 4225 | City National Bank 4187 | City National Bank 4233 |
| 11 | Account No. | | | | | | |
| 12 | Account Purpose | | | | | | |
| 13 | Balance, End of Month | $13 | $3,186 | $3,326 | $2,665 | $2,268 | $7,281 |
| 14 | Total Funds on Hand for all Accounts | $18,739 | | | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 03/31/21

| # | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected 701 Braxton | $ 2,809.20 | $0 |
| 2 | Rent/Leases Collected 8108 Penobscot | $ 4,117.00 | |
| 3 | Rent/Leases Collected 305 St Andrews | $ 1,290.58 | |
| 4 | Rent/Leases Collected 9 Maverick Place | $ 1,083.75 | |
| 5 | Rent/Leases Collected | | |
| 6 | Rent/Leases Collected | | |
| 7 | Rent/Leases Collected | | |
| 8 | Cash Received from Income | $ 2,909.00 | $0 |
| 9 | Escrow Refund | $ - | $0 |
| 10 | Borrowings | | $0 |
| 11 | Funds from Shareholders, Partners, or Other Insiders | | $0 |
| 12 | Personal income(Petty Cash) | | $0 |
| 13 | | | |
| 14 | **Total Cash Receipts** | $ 12,209.53 | $ 1,225,462.24 |
| | **Cash Disbursements** | | |
| 15 | Selling | | $0 |
| 16 | Administrative | | $0 |
| 17 | Capital Expenditures | | $0 |
| 18 | Principal Payments on Debt | | $0 |
| 19 | Interest Paid | | $0 |
| | Rent/Lease: | | |
| 20 | Personal Property | | $0 |
| 21 | Real Property | | $0 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 22 | Salaries | | $0 |
| 23 | Draws | | $0 |
| 24 | Commissions/Royalties | | $0 |
| 25 | Expense Reimbursements | | $0 |
| 26 | Other | | $0 |
| 27 | Salaries/Commissions (less employee withholding) | | $0 |
| 28 | Management Fees | | $0 |
| | Taxes: | | $0 |
| 29 | Employee Withholding | | $0 |
| 30 | Employer Payroll Taxes | | $0 |
| 31 | Real Property Taxes | | $0 |
| 32 | Other Taxes | | $0 |
| 33 | Personal Expenses: | $198 | $0 |
| 34 | Mortgage Payments 701 Braxton | $2,642 | $0 |
| 35 | Mortgage Payments 8108 Penobscot | $4,190 | $0 |
| 36 | Mortgage Payments 305 St Andrews | $973 | $0 |
| 37 | Mortgage Payments 9 Maverick Place | $859 | $0 |
| | Repair Expenses on 305 St. Andrews Property | | |
| 38 | | | $0 |
| 37 | | | |
| 39 | **Total Cash Disbursements:** | $8,863 | $1,190,218 |
| 39 | **Net Increase (Decrease) in Cash** | $ 3,346.82 | $ 35,244.53 |
| 40 | **Cash Balance, Beginning of Period** | $15,392 | $9,212 |
| 41 | **Cash Balance, End of Period** | $ 18,738.82 | $ 44,456.53 |

Revised 1/1/98

Case: 15-31519   Doc# 288   Filed: 05/24/21   Entered: 05/24/21 17:21:37   Page 4 of 10



**City National Bank — An RBC Company**

Page 1   (0)
Account #: ●●●●4233

This statement: March 31, 2021
Last statement: February 26, 2021

Contact us:
800 773-7100

Burlingame Banking Office
1450 Chapin Avenue Ste. 100
Burlingame, CA 94010

cnb.com

431
JINNIE JINHUEI CHANG CHAO
DIP CASE NO. 15-31519
30 PILARCITOS CT
HILLSBOROUGH CA 94010

0830K

## Checking Account

**Account Summary**

| | |
|---|---|
| Account number | ●●●●4233 |
| Minimum balance | $4,372.11 |
| Average balance | $5,475.52 |
| Avg. collected balance | $5,475.00 |

**Account Activity**

| | | |
|---|---|---|
| Beginning balance (2/26/2021) | | $4,570.08 |
| **Credits** | | |
| Deposits (0) | + 0.00 | |
| Electronic cr (2) | + 2,909.00 | |
| Other credits (0) | + 0.00 | |
| Total credits | | + $2,909.00 |
| **Debits** | | |
| Checks paid (0) | - 0.00 | |
| Electronic db (3) | - 197.97 | |
| Other debits (0) | - 0.00 | |
| Total debits | | - $197.97 |
| Ending balance (3/31/2021) | | $7,281.11 |

**ELECTRONIC CREDITS**

| Date | Description | Credits |
|---|---|---|
| 3-17 | Preauthorized Credit SSA TREAS 310 XXSOC SEC PPD JINNIE CHANG | 1,509.00 |
| 3-24 | Preauthorized Credit IRS TREAS 310 TAXEIP3 PPD CHANG CHAO, JI | 1,400.00 |

**ELECTRONIC DEBITS**

| Date | Description | Debits |
|---|---|---|
| 3-5 | Preauthorized Debit UNITEDHCMEDICARE MEDINSPYMT WEB CHANG CHAO | 59.00 |
| 3-15 | Preauthorized Debit BK OF AMER MC ONLINE PMT WEB CHAO,JONATHAN | 61.99 |
| 3-15 | Preauthorized Debit BK OF AMER MC ONLINE PMT WEB CHAO,JONATHAN | 76.98 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 2-26 | 4,570.08 | 3-15 | 4,372.11 | 3-24 | 7,281.11 | | |
| 3-5 | 4,511.08 | 3-17 | 5,881.11 | | | | |

Case: 15-31519   Doc# 288   Filed: 05/24/21   Entered: 05/24/21 17:21:37   Page 5 of 10



**CITY NATIONAL BANK**
**AN RBC COMPANY**

Page 1    (0)

Account #: XXXXX4225

This statement: March 31, 2021
Last statement: February 26, 2021

Contact us:
800 773-7100

Burlingame Banking Office
1450 Chapin Avenue Ste. 100
Burlingame, CA   94010

cnb.com

431
JINNIE JINHUEI CHANG CHAO
DIP CASE NO. 15-31519
30 PILARCITOS CT
HILLSBOROUGH CA 94010

0830K

## Checking Account

### Account Summary

| | |
|---|---|
| Account number | XXXX4225 |
| Minimum balance | $2,347.76 |
| Average balance | $2,931.89 |
| Avg. collected balance | $2,931.00 |

### Account Activity

| | | |
|---|---|---|
| Beginning balance (2/26/2021) | | $2,347.76 |
| **Credits** Deposits (0) | + 0.00 | |
| Electronic cr (1) | + 1,290.58 | |
| Other credits (0) | + 0.00 | |
| Total credits | | + $1,290.58 |
| **Debits** Checks paid (0) | - 0.00 | |
| Electronic db (1) | - 973.08 | |
| Other debits (0) | - 0.00 | |
| Total debits | | - $973.08 |
| Ending balance (3/31/2021) | | $2,665.26 |

### ELECTRONIC CREDITS

| Date | Description | Credits |
|---|---|---|
| 3-5 | Preauthorized Credit VILLAGE OF PINEH VILLAGEOFP PPD JINNIE CHAO | 1,290.58 |

### ELECTRONIC DEBITS

| Date | Description | Debits |
|---|---|---|
| 3-16 | Preauthorized Debit FLAGSTAR BANK PAYMENT WEB CHANG-CHAO, JI | 973.08 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 2-26 | 2,347.76 | 3-5 | 3,638.34 | 3-16 | 2,665.26 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for banking with Burlingame Banking Office

Case: 15-31519    Doc# 288    Filed: 05/24/21    Entered: 05/24/21 17:21:37    Page 6 of 10



# CITY NATIONAL BANK
## AN RBC COMPANY

Page 1 (0)

Account #: XXXX4217

This statement: March 31, 2021
Last statement: February 26, 2021

Contact us:
800 773-7100

Burlingame Banking Office
1450 Chapin Avenue Ste. 100
Burlingame, CA 94010

cnb.com

431
JINNIE JINHUEI CHANG CHAO
DIP CASE NO. 15-31519
30 PILARCITOS CT
HILLSBOROUGH CA 94010

0830K

## Checking Account

### Account Summary

| | |
|---|---|
| Account number | XXXX4217 |
| Minimum balance | $3,325.36 |
| Average balance | $4,351.99 |
| Avg. collected balance | $4,351.00 |

### Account Activity

| | | | |
|---|---|---|---|
| Beginning balance (2/26/2021) | | | $3,398.68 |
| **Credits** | Deposits (0) | + 0.00 | |
| | Electronic cr (2) | + 4,117.00 | |
| | Other credits (0) | + 0.00 | |
| | Total credits | | + $4,117.00 |
| **Debits** | Checks paid (0) | - 0.00 | |
| | Electronic db (1) | - 4,190.32 | |
| | Other debits (0) | - 0.00 | |
| | Total debits | | - $4,190.32 |
| Ending balance (3/31/2021) | | | $3,325.36 |

### ELECTRONIC CREDITS

| Date | Description | Credits |
|---|---|---|
| 3-8 | Preauthorized Credit 1001-DALLAS/FORT WEB PMTS PPD JINNIE CHAO 5DXNV1 | 3,813.40 |
| 3-9 | Preauthorized Credit 1001-DALLAS/FORT WEB PMTS PPD JINNIE CHAO 7KDQV1 | 303.60 |

### ELECTRONIC DEBITS

| Date | Description | Debits |
|---|---|---|
| 3-16 | Preauthorized Debit SELECT PORTFOLIO SPS WEB JINNIE CHAO | 4,190.32 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 2-26 | 3,398.68 | 3-8 | 7,212.08 | 3-9 | 7,515.68 | 3-16 | 3,325.36 |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for banking with Burlingame Banking Office



# CITY NATIONAL BANK
## AN RBC COMPANY

Page 1          (0)

Account #: ●●●●●4187

This statement: March 31, 2021
Last statement: February 26, 2021

Contact us:
800 773-7100

Burlingame Banking Office
1450 Chapin Avenue Ste. 100
Burlingame, CA   94010

cnb.com

431
JINNIE JINHUEI CHANG CHAO          0830K
DIP CASE NO. 15-31519
30 PILARCITOS CT
HILLSBOROUGH CA 94010

## Checking Account

### Account Summary

| | |
|---|---|
| Account number | ●●●●●4187 |
| Minimum balance | $2,041.67 |
| Average balance | $2,511.92 |
| Avg. collected balance | $2,511.00 |

### Account Activity

| | | | |
|---|---|---|---|
| Beginning balance (2/26/2021) | | | $2,041.67 |
| Credits | Deposits (0) | + 0.00 | |
| | Electronic cr (1) | + 1,083.75 | |
| | Other credits (0) | + 0.00 | |
| | Total credits | | + $1,083.75 |
| Debits | Checks paid (0) | - 0.00 | |
| | Electronic db (1) | - 858.94 | |
| | Other debits (0) | - 0.00 | |
| | Total debits | | - $858.94 |
| Ending balance (3/31/2021) | | | $2,266.48 |

### ELECTRONIC CREDITS

| Date | Description | | Credits |
|---|---|---|---|
| 3-5 | Preauthorized Credit VILLAGE OF PINEH VILLAGEOFP PPD JINNIE CHAO | | 1,083.75 |

### ELECTRONIC DEBITS

| Date | Description | | Debits |
|---|---|---|---|
| 3-16 | Preauthorized Debit FLAGSTAR BANK PAYMENT WEB CHANG-CHAO, JI | | 858.94 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 2-26 | 2,041.67 | 3-5 | 3,125.42 | 3-16 | 2,266.48 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for banking with Burlingame Banking Office

Case: 15-31519    Doc# 288    Filed: 05/24/21    Entered: 05/24/21 17:21:37    Page 8 of 10



# CITY NATIONAL BANK
## AN RBC COMPANY

Page 1           (0)

Account #: ●●●●4209

This statement: March 31, 2021
Last statement: February 26, 2021

Contact us:
800 773-7100

Burlingame Banking Office
1450 Chapin Avenue Ste. 100
Burlingame, CA   94010

431
JINNIE JINHUEI CHANG CHAO                    0830K
DIP CASE NO. 15-31519
30 PILARCITOS CT
HILLSBOROUGH CA 94010

cnb.com

## Checking Account

**Account Summary**

| | |
|---|---|
| Account number | ●●●●4209 |
| Minimum balance | $3,019.26 |
| Average balance | $3,774.08 |
| Avg. collected balance | $3,774.00 |

**Account Activity**

| | | | |
|---|---|---|---|
| Beginning balance (2/26/2021) | | | $3,019.26 |
| Credits | Deposits (0) | + 0.00 | |
| | Electronic cr (2) | + 2,809.20 | |
| | Other credits (0) | + 0.00 | |
| | Total credits | | + $2,809.20 |
| Debits | Checks paid (0) | - 0.00 | |
| | Electronic db (1) | - 2,642.40 | |
| | Other debits (0) | - 0.00 | |
| | Total debits | | - $2,642.40 |
| Ending balance (3/31/2021) | | | $3,186.06 |

**ELECTRONIC CREDITS**

| Date | Description | Credits |
|---|---|---|
| 3-8 | Preauthorized Credit 1001-DALLAS/FORT WEB PMTS PPD JINNIE JINHUEI 6DYNV1 | 2,576.00 |
| 3-9 | Preauthorized Credit 1001-DALLAS/FORT WEB PMTS PPD JINNIE JINHUEI 4LDQV1 | 233.20 |

**ELECTRONIC DEBITS**

| Date | Description | Debits |
|---|---|---|
| 3-16 | Preauthorized Debit FLAGSTAR BANK PAYMENT WEB CHANG-CHAO, JI | 2,642.40 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 2-26 | 3,019.26 | 3-8 | 5,595.26 | 3-9 | 5,828.46 | 3-16 | 3,186.06 |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $37.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for banking with Burlingame Banking Office

Case: 15-31519    Doc# 288    Filed: 05/24/21    Entered: 05/24/21 17:21:37    Page 9 of 10


**CITY NATIONAL BANK**
AN RBC COMPANY

Page 1 (0)

Account #: ●●●●●4195

This statement: March 31, 2021
Last statement: February 26, 2021

Contact us:
800 773-7100

Burlingame Banking Office
1450 Chapin Avenue Ste. 100
Burlingame, CA 94010

cnb.com

431
JINNIE JINHUEI CHANG CHAO
DIP CASE NO. 15-31519
30 PILARCITOS CT
HILLSBOROUGH CA 94010

0830K

## Checking Account

**Account Summary**

| | |
|---|---|
| Account number | ●●●●●4195 |
| Minimum balance | $14.52 |
| Average balance | $14.52 |
| Avg. collected balance | $14.00 |

**Account Activity**

| | | |
|---|---|---|
| Beginning balance (2/26/2021) | | $14.52 |
| Credits | + $0.00 | |
| Debits | - $0.00 | |
| Ending balance (3/31/2021) | | $14.52 |

** No activity this statement period **

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for banking with Burlingame Banking Office

Case: 15-31519    Doc# 288    Filed: 05/24/21    Entered: 05/24/21 17:21:37    Page 10 of 10