# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: Jinnie Jinhuei Chang Chao

Case No. 15-31519

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 04/30/21    **PETITION DATE:** 12/04/15

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in   $1

|    |                                                      | End of Current Month | End of Prior Month | As of Petition Filing |
|----|------------------------------------------------------|---------------------:|-------------------:|----------------------:|
| 2. | **Asset and Liability Structure**                    |                      |                    |                       |
|    | a. Current Assets                                    | $37,130              | $36,846            |                       |
|    | b. Total Assets                                      | $4,018,051           | $4,018             | $4,008,240            |
|    | c. Current Liabilities                               | $0                   | $0                 |                       |
|    | d. Total Liabilities                                 | $2,720,229           | $2,720,229         | $2,720,229            |

|    |                                                              | Current Month | Prior Month | Cumulative (Case to Date) |
|----|--------------------------------------------------------------|--------------:|------------:|--------------------------:|
| 3. | **Statement of Cash Receipts & Disbursements for Month**     |               |             |                           |
|    | a. Total Receipts                                            | $10,679       | $12,210     | $ 1,236,140.93            |
|    | b. Total Disbursements                                       | $10,395       | $8,863      | $1,200,613                |
|    | c. Excess (Deficiency) of Receipts Over Disbursements (a-b)  | $284          | $3,347      | $ 35,528.13               |
|    | d. Cash Balance Beginning of Month                           | $18,739       | $15,392     | $9,212                    |
|    | e. Cash Balance End of Month (c + d)                         | $19,023       | $18,739     | $ 44,740.13               |

|    |                                                              | Current Month | Prior Month | Cumulative (Case to Date) |
|----|--------------------------------------------------------------|--------------:|------------:|--------------------------:|
| 4. | Profit/(Loss) from the Statement of Operations               | N/A           | N/A         | N/A                       |
| 5. | Account Receivables (Pre and Post Petition)                  | $0            | N/A         |                           |
| 6. | Post-Petition Liabilities                                    | $0            | N/A         |                           |
| 7. | Past Due Post-Petition Account Payables (over 30 days)       | $0            | N/A         |                           |

At the end of this reporting month:

|     |                                                                                                                                                                                                               | Yes | No |
|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|----|
| 8.  | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) |     | X  |
| 9.  | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)                                                                          |     | X  |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court?                                                                                                                                 |     | X  |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)                              |     | X  |
| 12. | Is the estate insured for replacement cost of assets and for general liability?                                                                                                                               | X   |    |
| 13. | Are a plan and disclosure statement on file?                                                                                                                                                                  |     | X  |
| 14. | Was there any post-petition borrowing during this reporting period?                                                                                                                                           |     | X  |

15. Check if paid: Post-petition taxes ___ ;   U.S. Trustee Quarterly Fees  X  ; Check if filing is current for: Post-petition tax reporting and tax returns: ___.
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 5/24/21

_Responsible Individual_

Revised 1/1/98

# BALANCE SHEET
(Small Real Estate/Individual Case)
For the Month Ended   04/30/21

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $19,023 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | $18,107 |
| 4 | Other: | | |
| 5 | | | |
| 6 | **Total Current Assets** | | $37,130 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | |
| 8 | Real property (rental or commercial) | | $3,557,000 |
| 9 | Furniture, Fixtures, and Equipment | | |
| 10 | Vehicles | | $10,141 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other: | | $413,780 |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $3,980,921 |
| 18 | **Total Assets** | | $4,018,051 |

**Liabilities**

**Post-Petition Liabilities**

**Current Liabilities**

| | | |
|---|---|---|
| 19 | Post-petition not delinquent (under 30 days) | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | |
| 21 | Post-petition delinquent taxes | |
| 22 | Accrued professional fees | |
| 23 | Other: | |
| 24 | | |
| 25 | **Total Current Liabilities** | |
| 26 | **Long-Term Post Petition Debt** | |
| 27 | **Total Post-Petition Liabilities** | $0 |
| | **Pre-Petition Liabilities (allowed amount)** | |
| 28 | Secured claims (residence) | $ 2,654,580.00 |
| 29 | Secured claims (other) | |
| 30 | Priority unsecured claims | |
| 31 | General unsecured claims | $65,649 |
| 32 | **Total Pre-Petition Liabilities** | $ 2,720,229.00 |
| 33 | **Total Liabilities** | $ 2,720,229.00 |

**Equity (Deficit)**

| | | |
|---|---|---|
| 34 | **Total Equity (Deficit)** | $1,297,822 |
| 35 | **Total Liabilities and Equity (Deficit)** | $4,018,051 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

# SCHEDULES TO THE BALANCE SHEET

## Schedule A
## Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 | Property 4 | Property 5 | |
|---|---|---|---|---|---|---|---|
| 1 | Description of Property | 4195 #30 Pilarcito Ct | 4209 #701 Braxton Ct | 4217 #8108 Penobscot LN | 4225 Pinehurst NC-305 St Andrews | 4187 Pinhurst NC-9MP | |
| 2 | Scheduled Gross Rents | $0 | $2,809 | $4,117 | $1,291 | $1,084 | |
| | Less: | | | | | | |
| 3 | Vacancy Factor | $0 | $0 | $0 | $0 | $0 | |
| 4 | Free Rent Incentives | $0 | $0 | $0 | $0 | $0 | |
| 5 | Other Adjustments | $0 | $0 | $0 | $0 | $0 | |
| 6 | Total Deductions | $0 | $0 | $0 | $0 | $0 | |
| 7 | Scheduled Net Rents | $0 | $2,809 | $4,117 | $1,291 | $1,084 | |
| 8 | Less: Rents Receivable (2) | | | | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $2,809 | $4,117 | $1,291 | $1,084 | |

(2) To be completed by cash basis reporters only.

| | | Account 1 | Account 2 | Account 3 | Account 4 | Account 5 | Account 6 |
|---|---|---|---|---|---|---|---|
| 10 | Bank | City National Bank | City National Bank | City National Bank | City National Bank | City National Bank | City National Bank |
| 11 | Account No. | 4195 | 4209 | 4217 | 4225 | 4187 | 4233 |
| 12 | Account Purpose | | | | | | |
| 13 | Balance, End of Month | $13 | $3,203 | $3,427 | $1,531 | $2,240 | $8,610 |
| 14 | Total Funds on Hand for all Accounts | $19,022 | | | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 04/30/21

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected 701 Braxton | $ 2,659.20 | $0 |
| 2 | Rent/Leases Collected 8108 Penobscot | $ 4,291.80 | |
| 3 | Rent/Leases Collected 305 St Andrews | $ 1,386.59 | |
| 4 | Rent/Leases Collected 9 Maverick Place | $ 832.10 | |
| 5 | Rent/Leases Collected | | |
| 6 | Rent/Leases Collected | | |
| 7 | Rent/Leases Collected | | |
| 8 | Cash Received from Income | $ 1,509.00 | $0 |
| 9 | Escrow Refund | | $0 |
| 10 | Borrowings | | $0 |
| 11 | Funds from Shareholders, Partners, or Other Insiders | | $0 |
| 12 | Personal income(Petty Cash) | $0 | $0 |
| 13 | | | |
| 14 | **Total Cash Receipts** | $ 10,678.69 | $ 1,236,140.93 |
| | **Cash Disbursements** | | |
| 15 | Selling | | $0 |
| 16 | Administrative | | $0 |
| 17 | Capital Expenditures | | $0 |
| 18 | Principal Payments on Debt | | $0 |
| 19 | Interest Paid | | $0 |
| | Rent/Lease: | | |
| 20 | Personal Property | | $0 |
| 21 | Real Property | | $0 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 22 | Salaries | | $0 |
| 23 | Draws | | $0 |
| 24 | Commissions/Royalties | | $0 |
| 25 | Expense Reimbursements | | $0 |
| 26 | Other | | $0 |
| 27 | Salaries/Commissions (less employee withholding) | | $0 |
| 28 | Management Fees | | $0 |
| | Taxes: | | $0 |
| 29 | Employee Withholding | | $0 |
| 30 | Employer Payroll Taxes | | $0 |
| 31 | Real Property Taxes | | $0 |
| 32 | Other Taxes | | $0 |
| 33 | Personal Expenses: | $181 | $0 |
| 34 | Mortgage Payments 701 Braxton | $2,643 | $0 |
| 35 | Mortgage Payments 8108 Penobscot | $4,190 | $0 |
| 36 | Mortgage Payments 305 St Andrews | $2,522 | $0 |
| 37 | Mortgage Payments 9 Maverick Place | $859 | $0 |
| | Repair Expenses on 305 St. Andrews Property | | |
| 38 | | | $0 |
| 37 | | | |
| 39 | **Total Cash Disbursements:** | $10,395 | $1,200,613 |
| 39 | **Net Increase (Decrease) in Cash** | $ 283.89 | $ 35,528.13 |
| 40 | **Cash Balance, Beginning of Period** | $18,739 | $9,212 |
| 41 | **Cash Balance, End of Period** | $ 19,022.71 | $ 44,740.13 |

Bank Registry   Year 2021   9 Maverick Place   City National Bank #XXXX4187

| # | Date | Payor/Payee | Trans Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|---|
| | 1/1/2021 | Beginning Balance | | | | 866.61 |
| | 1/7 | Rental Income | Rent - 1/2021 | 987.45 | | |
| | 1/31 | Month End Balance | 1/2021 | | | 1854.06 |
| | 2/5 | Rental Income | Rent – 2/2021 | 1083.75 | | |
| | 2/9 | Flagstar Bank | Mortgage – 2/2021 | | 896.14 | |
| | 2/28 | Month End Balance | 2/2021 | | | 2041.67 |
| | 3/5 | Rental Income | Rent – 3/2021 | 1083.75 | | |
| | 3/16 | Flagstar Bank | Mortgage- 3/2021 | | 858.94 | |
| | 3/31 | Month End Balance | 3/2021 | | | 2266.48 |
| | 4/6 | Rental Income | Rent – 4/2021 | 832.10 | | |
| | 4/14 | Flagstar Bank | Mortgage | | 858.94 | |
| | 4/30 | Month End Balance | 4/2021 | | | 2239.64 |



**CITY NATIONAL BANK**
**AN RBC COMPANY**

Page 1        (0)
Account #: XXXX4187

This statement: April 30, 2021
Last statement: March 31, 2021

Contact us:
800 773-7100

Burlingame Banking Office
1450 Chapin Avenue Ste. 100
Burlingame, CA  94010

431
JINNIE JINHUEI CHANG CHAO
DIP CASE NO. 15-31519
30 PILARCITOS CT
HILLSBOROUGH CA 94010

0830K

cnb.com

## Checking Account

**Account Summary**
| | |
|---|---|
| Account number | XXXX4187 |
| Minimum balance | $2,239.64 |
| Average balance | $2,473.16 |
| Avg. collected balance | $2,473.00 |

**Account Activity**

| | | | |
|---|---|---|---|
| Beginning balance (3/31/2021) | | | $2,266.48 |
| **Credits** | Deposits (0) | + 0.00 | |
| | Electronic cr (1) | + 832.10 | |
| | Other credits (0) | + 0.00 | |
| | Total credits | | + $832.10 |
| **Debits** | Checks paid (0) | - 0.00 | |
| | Electronic db (1) | - 858.94 | |
| | Other debits (0) | - 0.00 | |
| | Total debits | | - $858.94 |
| Ending balance (4/30/2021) | | | $2,239.64 |

**ELECTRONIC CREDITS**

| Date | Description | Credits |
|---|---|---|
| 4-6 | Preauthorized Credit VILLAGE OF PINEH VILLAGEOFP PPD JINNIE CHAO | 832.10 |

**ELECTRONIC DEBITS**

| Date | Description | Debits |
|---|---|---|
| 4-14 | Preauthorized Debit FLAGSTAR BANK PAYMENT WEB CHAO, JINNIE | 858.94 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 3-31 | 2,266.48 | 4-6 | 3,098.58 | 4-14 | 2,239.64 |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for banking with Burlingame Banking Office

Case: 15-31519    Doc# 289    Filed: 05/24/21    Entered: 05/24/21 17:22:36    Page 6 of 16

## Bank Registry   Year 2021    City National Bank #▮▮▮▮4225- 305 St Andrews, Pinehurst, NC

| Check # | Date | Payor/Payee | Transaction Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|---|
| | 1/1/2020 | Beginning Balance | | | | 2033.20 |
| | 1/7 | Rental Income | Rent-1/2021 | 1401.25 | | |
| | 1/14 | Flagstar Bank | Mortgage 1/2021 | | 1059.07 | |
| | 1/31 | Month End Balance | 1/2021 | | | 2375.38 |
| | 2/5 | Rental Income | Rent-2/2021 | 1000.00 | | |
| | 2/9 | Flagstar Bank | Mortgage -2/2021 | | 1028.22 | |
| | 2/28/21 | Month End Balance | 2/2021 | | | 2347.76 |
| | 3/5 | Rental Income | Rent-3/2021 | 1290.58 | | |
| | 3/16 | Flagstar Bank | Mortgage – 3/2021 | | 973.08 | |
| | 3/31 | Month End Balance | Balance -3/2021 | | | 2,665.26 |
| | 4/6 | Rental Income | Rent – 4/2021 | 1386.59 | | |
| 179 | 4/2 | Pinehurst country Club | HOA | | 1548.12 | |
| | 4/14 | Flagstar Bank | Mortgage – 4/2021 | | 973.08 | |
| 430 | | Month End Balance | Balance – 4/2021 | | | 1530.65 |



**CITY NATIONAL BANK**
**AN RBC COMPANY**

Page 1          (1)

Account #: ####4225

This statement: April 30, 2021
Last statement: March 31, 2021

Contact us:
800 773-7100

431
JINNIE JINHUEI CHANG CHAO          0830K
DIP CASE NO. 15-31519
30 PILARCITOS CT
HILLSBOROUGH CA 94010

Burlingame Banking Office
1450 Chapin Avenue Ste. 100
Burlingame, CA   94010

cnb.com

## Checking Account

**Account Summary**

| | |
|---|---|
| Account number | ####4225 |
| Minimum balance | $1,117.14 |
| Average balance | $1,772.82 |
| Avg. collected balance | $1,772.00 |

**Account Activity**

| | | |
|---|---|---|
| Beginning balance (3/31/2021) | | $2,665.26 |
| **Credits** Deposits (0) | + 0.00 | |
| Electronic cr (1) | + 1,386.59 | |
| Other credits (0) | + 0.00 | |
| Total credits | | + $1,386.59 |
| **Debits** Checks paid (1) | - 1,548.12 | |
| Electronic db (1) | - 973.08 | |
| Other debits (0) | - 0.00 | |
| Total debits | | - $2,521.20 |
| Ending balance (4/30/2021) | | $1,530.65 |

**ELECTRONIC CREDITS**

| Date | Description | Credits |
|---|---|---|
| 4-6 | Preauthorized Credit VILLAGE OF PINEH VILLAGEOFP PPD JINNIE CHAO | 1,386.59 |

**CHECKS PAID**

| Number | Date | Amount |
|---|---|---|
| 179 | 4-2 | 1,548.12 |

**ELECTRONIC DEBITS**

| Date | Description | Debits |
|---|---|---|
| 4-14 | Preauthorized Debit FLAGSTAR BANK PAYMENT WEB CHAO, JINNIE | 973.08 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 3-31 | 2,665.26 | 4-2 | 1,117.14 | 4-6 | 2,503.73 | 4-14 | 1,530.65 |

## Bank Registry    Year 2021    City National Bank #____4209 - 701 Braxton, McKinney, TX

| Date | Payor/Payee | Trans. Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|
| 1/1/2021 | Beginning Balance | Balance – 12/2020 | | | 203.30 |
| 1/6 | Rental Income | Rent – 1/2021 | 2202.40 | | |
| 1/14 | Flagstar Bank | Mortgage-1/2021 | | 2708.64 | |
| 1/15 | Transfer from | From #4233 | | | |
| 1/31 | End of Month | Balance 1/2021 | | | 210.06 |
| 2/9 | Rental Income | Rent 2/2021 | 2809.20 | | |
| 2/28 | End of Month | Balance 2/2021 | | | 3019.26 |
| 3/8 | Rental Income | Rent – 3/2021 | 2576.00 | | |
| 39 | Rental Income | Rent - 3/2021 | 233.20 | | |
| 3/16 | Flagstar Bank | Mortgage – 3/2021 | | 2642.40 | |
| 3/30 | Month End Balance | Balance – 3/2021 | | | 3186.06 |
| 4/8 | Rental Income | Rent- 4/2021 | 83.20 | | |
| 4/9 | Rental Income | Rent – 4/2021 | 2576.00 | | |
| 4/14 | Flagstar Bank | Mortgage – 4/2021 | | 2642.40 | |
| 4/30 | Month End Balance | Balance – 4/2021 | | | 3202.86 |



# CITY NATIONAL BANK
## AN RBC COMPANY

Page 1        (0)

Account #: ████4209

This statement: April 30, 2021
Last statement: March 31, 2021

Contact us:
800 773-7100

Burlingame Banking Office
1450 Chapin Avenue Ste. 100
Burlingame, CA   94010

431
JINNIE JINHUEI CHANG CHAO         0830K
DIP CASE NO. 15-31519
30 PILARCITOS CT
HILLSBOROUGH CA 94010

cnb.com

## Checking Account

| Account Summary | |
|---|---:|
| Account number | ████4209 |
| Minimum balance | $3,186.06 |
| Average balance | $3,641.55 |
| Avg. collected balance | $3,641.00 |

| Account Activity | | | |
|---|---|---:|---:|
| Beginning balance (3/31/2021) | | | $3,186.06 |
| **Credits** | Deposits (0) | + 0.00 | |
| | Electronic cr (2) | + 2,659.20 | |
| | Other credits (0) | + 0.00 | |
| | **Total credits** | | + $2,659.20 |
| **Debits** | Checks paid (0) | - 0.00 | |
| | Electronic db (1) | - 2,642.40 | |
| | Other debits (0) | - 0.00 | |
| | **Total debits** | | - $2,642.40 |
| Ending balance (4/30/2021) | | | $3,202.86 |

### ELECTRONIC CREDITS

| Date | Description | Credits |
|---|---|---:|
| 4-8 | Preauthorized Credit HOMERIVER GROUP WEB PMTS PPD JINNIE JINHUEI SQGFW1 | 83.20 |
| 4-9 | Preauthorized Credit HOMERIVER GROUP WEB PMTS PPD JINNIE JINHUEI XBBGW1 | 2,576.00 |

### ELECTRONIC DEBITS

| Date | Description | Debits |
|---|---|---:|
| 4-14 | Preauthorized Debit FLAGSTAR BANK PAYMENT WEB CHAO, JINNIE | 2,642.40 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---:|---|---:|---|---:|---|---:|
| 3-31 | 3,186.06 | 4-8 | 3,269.26 | 4-9 | 5,845.26 | 4-14 | 3,202.86 |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---:|---:|
| Total Overdraft Fees | $0.00 | $37.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for banking with Burlingame Banking Office

Case: 15-31519    Doc# 289    Filed: 05/24/21    Entered: 05/24/21 17:22:36    Page 10 of 16

# Bank Registry    Year 2021

City National Bank #▬4217  8108 Penobscot, McKinney, TX

| # | Date | Payor/Payee | Trans Description | Deposit | Withdrawal | Balance |
|---|------|-------------|-------------------|---------|------------|---------|
|   | 1/1/2021 | Beginning Balance | Balance 12/2020 |  |  | 5.69 |
|   | 1/31 | Month End Balance | Balance 1/2021 |  |  | 5.68 |
|   | 2/9 | Rental Income | Rent - 2/2021 | 3393.00 |  |  |
|   | 2/28 | Month End Balance | Balance 2/2021 |  |  | 3398.68 |
|   | 3/8 | Rental Income | Rent – 3/2021 | 3813.40 |  |  |
|   | 3/9 | Rental Income | Rent- 3/2021 | 303.60 |  |  |
|   | 3/16 | SP Servicing | Mortgage – 3/2021 |  | 4190.32 |  |
|   | 4/8 | Rental Income | Rent – 4/2021 | 303.60 |  |  |
|   | 4/9 | Rental Income | Rent – 4/2021 | 3813.40 |  |  |
|   | 4/29 | Rental Income | Rent – 4/2021 | 174.80 |  |  |
|   | 4/14 | SP Servicing | Mortgage – 4/2021 |  | 4190.32 |  |
|   | 4/30 | Month End Balance | Balance – 4/2021 |  |  | 3426.84 |



# CITY NATIONAL BANK
## AN RBC COMPANY

Page 1      (0)

Account #: ****4217

This statement: April 30, 2021
Last statement: March 31, 2021

Contact us:
800 773-7100

Burlingame Banking Office
1450 Chapin Avenue Ste. 100
Burlingame, CA   94010

431
JINNIE JINHUEI CHANG CHAO
DIP CASE NO. 15-31519
30 PILARCITOS CT
HILLSBOROUGH CA 94010

0830K

cnb.com

## Checking Account

| Account Summary | |
|---|---|
| Account number | ****4217 |
| Minimum balance | $3,252.04 |
| Average balance | $3,991.75 |
| Avg. collected balance | $3,991.00 |

| Account Activity | | | |
|---|---|---|---|
| Beginning balance (3/31/2021) | | | $3,325.36 |
| Credits | Deposits (0) | + 0.00 | |
| | Electronic cr (3) | + 4,291.80 | |
| | Other credits (0) | + 0.00 | |
| | Total credits | | + $4,291.80 |
| Debits | Checks paid (0) | - 0.00 | |
| | Electronic db (1) | - 4,190.32 | |
| | Other debits (0) | - 0.00 | |
| | Total debits | | - $4,190.32 |
| Ending balance (4/30/2021) | | | $3,426.84 |

### ELECTRONIC CREDITS

| Date | Description | Credits |
|---|---|---|
| 4-8 | Preauthorized Credit HOMERIVER GROUP WEB PMTS PPD JINNIE CHAO TSFFW1 | 303.60 |
| 4-9 | Preauthorized Credit HOMERIVER GROUP WEB PMTS PPD JINNIE CHAO H7BGW1 | 3,813.40 |
| 4-29 | Preauthorized Credit HOMERIVER GROUP WEB PMTS PPD JINNIE CHAO 111QW1 | 174.80 |

### ELECTRONIC DEBITS

| Date | Description | Debits |
|---|---|---|
| 4-14 | Preauthorized Debit SELECT PORTFOLIO SPS WEB JINNIE CHAO | 4,190.32 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 3-31 | 3,325.36 | 4-9 | 7,442.36 | 4-29 | 3,426.84 | | |
| 4-8 | 3,628.96 | 4-14 | 3,252.04 | | | | |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for banking with Burlingame Banking Office

Bank Registry   Year 2021 City National Bank # ▮▮▮▮4195 – 30 Pilarcitos Ct. Hillsborough, CA

| Check # | Date | Payor/Payee | Transaction Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|---|
| | 1/1/2021 | Beginning Balance | Balance – 12/2020 | | | 14.52 |
| | 1/31 | End of Month | Balance 1/2021 | | | 14.52 |
| | 2/28 | End of Month | Balance 2/2021 | | | 14.52 |
| | 3/31 | Month End Balance | Balance – 3/2021 | | | 14.52 |
| | 4/30 | Month End Balance | Balance – 4/2021 | | | 14.52 |



# CITY NATIONAL BANK
## AN RBC COMPANY

Page 1 (0)

Account #: ****4195

This statement: April 30, 2021
Last statement: March 31, 2021

Contact us:
800 773-7100

431
JINNIE JINHUEI CHANG CHAO
DIP CASE NO. 15-31519
30 PILARCITOS CT
HILLSBOROUGH CA 94010

0830K

Burlingame Banking Office
1450 Chapin Avenue Ste. 100
Burlingame, CA 94010

cnb.com

## Checking Account

### Account Summary

| | |
|---|---|
| Account number | ****4195 |
| Minimum balance | $14.52 |
| Average balance | $14.52 |
| Avg. collected balance | $14.00 |

### Account Activity

| | |
|---|---|
| Beginning balance (3/31/2021) | $14.52 |
| Credits | + $0.00 |
| Debits | - $0.00 |
| Ending balance (4/30/2021) | $14.52 |

** No activity this statement period **

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for banking with Burlingame Banking Office

# MOR - Bank Registry   Year 2021   City National Bank # ████ 4233 – Jinnie Chao - personal account

| Check # | Date | Payor/Payee | Transaction Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|---|
| | 1/1/21 | Beginning Balance | Balance – 2020 | | | 4982.94 |
| | 1/20 | SS Income | SSA-1/2021 | 1509.00 | | |
| | 1/19 | Reimbursement-Title | Cleaning | 397.99 | | |
| | 1/10 | In Home Care after hospital Stay | Justin | | 2000.00 | |
| | 1/5 | US Trustee | Q4-2020 | | 625.00 | |
| | 1/19 | Capital One | Supplies | | 43.73 | |
| | 1/15 | Transfer to 4209 | Shortage of fund | | | |
| | 1/31 | Month End Balance | Balance 1/2021 | | | 3671.20 |
| | 2/17 | SS Income | SSA – 2/2021 | 1509.00 | | |
| 257 | 2/10 | Town of Hillsborough | Water bill | | 239.06 | |
| 259 | 2/9 | LA County Tax Collector | Property Tax | | 242.12 | |
| | 2/5 | United Health Care | Insurance | | 59.00 | |
| | 2/16 | Bank of America | Supplies | | 69.94 | |
| | 2/28 | Month End Balance | Balance 2/2021 | | | 4570.08 |
| | 3/17 | SSA Income | SSA – 3/2021 | 1509.00 | | |
| | 3/24 | IRS | PPD | 1400.00 | | |
| | 3/5 | United Health Care | Insurance | | 59.00 | |
| | 3/15 | BofA | Dental Care installment | | 61.99 | |
| | 3/15 | BofA | Dental Care Installment | | 76.98 | |
| | 3/31 | Month End Balance | Balance – 3/2021 | | | 7281.11 |
| | 4/21 | SSA | SSA – 4/2021 | 1509.00 | | |
| | 4/5 | United Health Care | Insurance | | 59.00 | |
| | 4/20 | Capital One | Supplies | | 121.54 | |
| | 4/30 | Month End Balance | Balance – 4/2021 | | | 8609.57 |

1


# CITY NATIONAL BANK
## AN RBC COMPANY

Page 1  (0)

Account #: XXXX4233

This statement: April 30, 2021
Last statement: March 31, 2021

Contact us:
800 773-7100

Burlingame Banking Office
1450 Chapin Avenue Ste. 100
Burlingame, CA  94010

cnb.com

431
JINNIE JINHUEI CHANG CHAO      0830K
DIP CASE NO. 15-31519
30 PILARCITOS CT
HILLSBOROUGH CA 94010

## Checking Account

**Account Summary**

| | |
|---|---|
| Account number | XXXX4233 |
| Minimum balance | $7,100.57 |
| Average balance | $7,688.41 |
| Avg. collected balance | $7,688.00 |

**Account Activity**

| | | | |
|---|---|---|---|
| Beginning balance (3/31/2021) | | | $7,281.11 |
| Credits | Deposits (0) | + 0.00 | |
| | Electronic cr (1) | + 1,509.00 | |
| | Other credits (0) | + 0.00 | |
| | Total credits | | + $1,509.00 |
| Debits | Checks paid (0) | - 0.00 | |
| | Electronic db (2) | - 180.54 | |
| | Other debits (0) | - 0.00 | |
| | Total debits | | - $180.54 |
| Ending balance (4/30/2021) | | | $8,609.57 |

### ELECTRONIC CREDITS

| Date | Description | Credits |
|---|---|---|
| 4-21 | Preauthorized Credit SSA TREAS 310 XXSOC SEC PPD JINNIE CHANG | 1,509.00 |

### ELECTRONIC DEBITS

| Date | Description | Debits |
|---|---|---|
| 4-5 | Preauthorized Debit UNITEDHCMEDICARE MEDINSPYMT WEB CHANG CHAO | 59.00 |
| 4-20 | Preauthorized Debit CAPITAL ONE ONLINE PMT WEB JONATHAN J CHA 3FQP6AD029SGVP1 | 121.54 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 3-31 | 7,281.11 | 4-5 | 7,222.11 | 4-20 | 7,100.57 | 4-21 | 8,609.57 |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for banking with Burlingame Banking Office