Onyinye Anyama (SBN 262152)
**ANYAMA LAW FIRM, A Professional Corporation**
18000 Studebaker Road, Suite 325
Cerritos, California 90703
Tel. (562) 645-4500; Fax. (562) 645-4494
E-mail: info@anyamalaw.com

# UNITED STATES BANKRUPTCY COURT
# NORTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Chapter 11 |
| | Case No. **15-31519** |
| **JINNIE JINHUEI CHANG CHAO** | **DEBTOR'S UPDATED STATUS CONFERENCE REPORT** |
| **Debtor-in-Possession** | Date: February 24, 2022<br>Time: 10:30 a.m.<br>Room: 17-450 Golden Gate Ave,<br>San Francisco, CA 94102 |

**TO: THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE**

  The above-captioned debtor-in-possession, Jinnie Jinhuei Chang Chao ("Debtor"), by and through her attorney of record herein, Onyinye N. Anyama ("Debtors Counsel") hereby respectfully files this Case Status Conference Report, and sets forth the following facts therein:

## INTRODUCTION/EVENTS LEADING TO BANKRUPTCY

  Jinnie Jinhuei Chang Chao (the "debtor") is an individual and resident of the state of California. Ms. Chao (real estate professional) experienced major decrease in her income. She attempted to reorganize her debt by filing Chapter 13 cases in 2015 pro se. However the case was dismissed since Ms. Chao represented herself and was unsophisticated in bankruptcy matters. Ms. Chao employed Onyinye Anyama/Anyama Law Firm to file her Chapter 11 bankruptcy case to reorganize her debt.

Virtually all of the Debtor's assets are encumbered by holders of prior secured claims. The principal assets of the estate are the following properties currently owned by the debtor.

- *8108 Penobscot Ln. McKinney TX,*
- *701 Braxton Ct. McKinney TX,*
- *30 Pilarcitos Ct Hillsborough CA*
- *305 St Andrews Dr. Pinehurst NC*
- *9 Maverick Pl. Pinehurst*

## UPDATE

The criminal case was dismissed on August 29, 2022. The outstanding issue is the adversary complaint to determine dischargeability filed by plaintiff, Ardeshir Salem and Salem D.D.S.

Debtor's counsel and counsel for plaintiff are in discussions regarding any outstanding claims by plaintiff and plaintiff believes the restitution received from the criminal case does not cover all aspects of their claims against the debtor and therefore wish to proceed with trial in the adversary case.

The parties have also agreed that they would be willing to be referred to mediation through the court's mediation program.

Dated: February 17, 2023          ANYAMA LAW FIRM, APC.

By: */s/Onyinye N. Anyama*
Jinnie Chang Chao
Attorney for Debtor