Onyinye Anyama (SBN 262152)
**ANYAMA LAW FIRM, A Professional Corporation**
18000 Studebaker Road, Suite 325
Cerritos, California 90703
Tel. (562) 645-4500; Fax. (562) 645-4494
E-mail: info@anyamalaw.com

UNITED STATES BANKRUPTCY COURT

NORTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Chapter 11 |
| | Case No. **15-31519** |
| **JINNIE JINHUEI CHANG CHAO** | **DEBTOR'S UPDATED STATUS CONFERENCE REPORT** |
| **Debtor-in-Possession** | Date: June 30, 2022<br>Time: 1:30 p.m.<br>Room: 17-450 Golden Gate Ave,<br>San Francisco, CA 94102 |

**TO: THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE**

The above-captioned debtor-in-possession, Jinnie Jinhuei Chang Chao ("Debtor"), by and through her attorney of record herein, Onyinye N. Anyama ("Debtors Counsel") hereby respectfully files this Case Status Conference Report, and sets forth the following facts therein:

**INTRODUCTION/EVENTS LEADING TO BANKRUPTCY**

Jinnie Jinhuei Chang Chao (the "debtor") is an individual and resident of the state of California. Ms. Chao (real estate professional) experienced major decrease in her income. She attempted to reorganize her debt by filing Chapter 13 cases in 2015 pro se. However the case was dismissed since Ms. Chao represented herself and was unsophisticated in bankruptcy matters. Ms. Chao employed Onyinye Anyama/Anyama Law Firm to file her Chapter 11 bankruptcy case to reorganize her debt.

Virtually all of the Debtor's assets are encumbered by holders of prior secured claims. The principal assets of the estate are the following properties currently owned by the debtor.

- *8108 Penobscot Ln. McKinney TX,*
- *701 Braxton Ct. McKinney TX,*
- *30 Pilarcitos Ct Hillsborough CA*
- *305 St Andrews Dr. Pinehurst NC*
- *9 Maverick Pl. Pinehurst*

## UPDATE

The criminal case was dismissed on August 29, 2022. The outstanding issue is the adversary complaint to determine dischargeability filed by plaintiff, Ardeshir Salem and Salem D.D.S.

On June 2, 2023, the parties participated in mediation which was concluded the same day. However, the parties were unable to reach a settlement and they will therefore proceed with trial in the adversary case.

The debtor will be retaining the services of her criminal case attorney who is very familiar with the case and will be filing an application for his employment on or before July 15, 2023. Debtor will therefore request the court to set dates and deadlines for the adversary proceeding.

Dated: June 24, 2023　　　　　　　　ANYAMA LAW FIRM, APC.

　　　　　　　　　　　　　　　　　By: */s/Onyinye N. Anyama*
　　　　　　　　　　　　　　　　　　　Jinnie Chang Chao
　　　　　　　　　　　　　　　　　　　Attorney for Debtor

---

**DEBTOR'S STATUS CONFERENCE REPORT**