| | |
|---|---|
| 1 | CHRISTINA L. GOEBELSMANN (CA SBN 273379) |
| | Assistant United States Trustee |
| 2 | TREVOR R. FEHR (CA SBN 316699) |
| | Trial Attorney |
| 3 | UNITED STATES DEPARTMENT OF JUSTICE |
| | Office of the U.S. Trustee |
| 4 | 450 Golden Gate Ave., Rm. 05-0153 |
| | San Francisco, California 94102 |
| 5 | Telephone: (415) 705-3333 |
| | Facsimile: (415) 705-3379 |
| 6 | Email: Trevor.Fehr@usdoj.gov |
| 7 | |
| | Attorneys for TRACY HOPE DAVIS |
| 8 | United States Trustee for Region 17 |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 15-31519-DM |
| | ) | |
| JINNIE JINHEUI CHANG CHAO, | ) | Chapter 11 |
| | ) | |
| | ) | Hearing Date: July 28, 2023 |
| Debtor. | ) | Hearing Time: 10:30 AM |
| | ) | Location: Via Zoom Video Conference |
| | ) | |
| | ) | Judge: Hon. Dennis Montali |

**NOTICE OF HEARING ON MOTION OF THE UNITED STATES TRUSTEE, PURSUANT TO 11 U.S.C. § 1112(b) AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 1017(f) AND 9014, TO DISMISS OR CONVERT CASE**

**PLEASE TAKE NOTICE** that on **July 28, 2023**, or as soon thereafter as the matter may be heard before the Honorable Dennis Montali of the United States Bankruptcy Court for the Northern District of California, at 450 Golden Gate Avenue, Courtroom 17, San Francisco, California 94102, a hearing on the Motion of the United States Trustee, Pursuant to 11 U.S.C. § 1112(b) and Federal Rules of Bankruptcy Procedure 1017(f) and 9014, to Dismiss or Convert Case (the "Motion") will be held.

**PLEASE TAKE NOTICE** that, pursuant to the Amended General Order No. 38 (Attached as Exhibit A) of the United States Bankruptcy Court for the Northern District of California, the hearing on the Motion **will not** be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE NOTICE** that, pursuant to Bankruptcy Local Rule 9014-1(c)(1), any opposition shall be filed and served upon the initiating party at least fourteen days prior to the hearing on the Motion. The Motion and all supporting pleadings filed by the Office of the U.S. Trustee may be viewed online and downloaded at http://www.canb.uscourts.gov.

Dated: June 28, 2023

Respectfully submitted,

Tracy Hope Davis
United States Trustee, Region 17

By: */s/ Trevor R. Fehr*
Trevor R. Fehr
Trial Attorney for the United States Trustee

UST's Motion to Convert or Dismiss: Chang Chao, Case No. 15-31519
2

Case: 15-31519   Doc# 346   Filed: 06/28/23   Entered: 06/28/23 10:47:29   Page 2 of 2