Onyinye Anyama Esq. (SBN: 262152)
**Anyama Law Firm | A Professional Law Corporation**
18000 Studebaker Road, Suite 325
Cerritos, Ca 90703
Tel: (562) 645-4500 Fax: (562) 645-4494
E-mail: info@anyamalaw.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| In Re: | Case No. **15-31519** |
|---|---|
| **JINNIE JINHUEI CHANG CHAO** | Chapter 11 |
| **Debtor** | **Hearing Information** <br> Date: August 11, 2023 <br> Time: 10:30 AM <br> Location: Via Zoom Video Conference or AT&T Conference <br><br> Judge: Hon. Dennis Montali |

**NOTICE OF HEARING ON DEBTOR'S APPLICATION TO EMPLOY SPECIAL COUNSEL BERNARD J. KORNBERG**

**PLEASE TAKE NOTICE** that on **August 11, 2023**, or as soon thereafter as the matter may be heard before the Honorable Dennis Montali of the United States Bankruptcy Court for the Northern District of California, at 450 Golden Gate Avenue, Courtroom 17, San Francisco, California 94102, a hearing on the Application of Debtor to employ Special Counsel Bernard J. Kornberg (the "Application") will be held.

**PLEASE TAKE NOTICE** that, pursuant to the Amended General Order No. 38 (Attached as Exhibit A) of the United States Bankruptcy Court for the Northern District of California, the hearing on

the Motion will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

     **PLEASE TAKE NOTICE** that, pursuant to Bankruptcy Local Rule 9014-1(c)(1), any opposition shall be filed and served upon the initiating party at least fourteen days prior to the hearing on the Motion. The Motion and all supporting pleadings filed by the Office of the U.S. Trustee may be viewed online and downloaded at http://www.canb.uscourts.gov.

Dated: July 21, 2023            Respectfully submitted,

                                      ANYAMA LAW FIRM, APC

                                      By: /s/Onyinye N. Anyama
                                         Onyinye N. Anyama
                                         Attorney for Debtor and Debtor in Possession

# EXHIBIT "A"

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MATTERS PENDING IN THE NORTHERN DISTRICT OF CALIFORNIA | SEVENTH AMENDED GENERAL ORDER 38 |

### IN RE COVID-19 Public Health Emergency

**WHEREAS** in March 2020, the United States Bankruptcy Court for the Northern District of California (the "Court") closed its courtrooms and Clerk's office in response to the COVID-19 pandemic;

**WHEREAS** while the Court believes that there is an ongoing need to keep its courtrooms closed, the Intake Counter at Clerk's office locations in San Francisco, San Jose and Oakland will re-open to the public with limited hours of operation. The Santa Rosa location will remain closed until further notice;

**NOW THEREFORE**, the United States Bankruptcy Court for the Northern District of California issues the following Seventh Amended General Order 38, and **ORDERS** as follows:

1. Effective June 28, 2021, the Intake Counter at Clerk's office locations in San Francisco, San Jose and Oakland will re-open to the public with limited hours of operation. The hours of operation are subject to change and may vary by location.

2. ECF Registered Participants must continue to file all documents electronically. All other parties may submit documents for filing by mail, electronically via the Court's

1

website, in designated drop-box locations or at the Clerk's office Intake Counter during the posted hours of public operation. Filing fee payments (no cash) may be submitted electronically, by mail or drop-box, or at the Clerk's office Intake Counter during the posted hours of public operation.

3. Information regarding Clerk's office Intake Counter hours of public operation, the electronic submission of documents, mailing addresses and the location of drop-boxes is available on the Court's website home page under the banner "Court Operations during the COVID-19 Outbreak Information about Hearings, Filings, and Operations": https://www.canb.uscourts.gov/content/page/court-operations-during-covid-19-outbreak.

4. Absent express order of the presiding judge, no in-court trial or evidentiary hearing will be held. If the circumstances warrant, the presiding judge may conduct a trial or evidentiary hearing by video or other authorized means.

5. All counsel, parties and other interested persons who intend to appear on a calendared motion or application shall appear telephonically or, at the presiding judge's discretion, by video. Again, absent express order of the presiding judge, there will be no physical access to any courtroom. Instructions for appearing via AT&T (telephonic only) or Zoom (telephonic or video) can be found on each individual judge's calendar page on the Court's website: https://www.canb.uscourts.gov/calendars/judges. There is **NO COST** for these services.

6. **Recordation of any court hearing by any means is strictly prohibited**. Any person recording a court hearing shall be subject to sanctions, including but not limited to the loss of that person's right to use the above telephonic and video services.

7. Until further notice, parties do not need to submit chambers' copies.

8. Parties may continue matters that are set for hearing to future hearing dates that are consistent with this Order. Available hearing dates are posted on each judge's calendar page. Requests for continuances shall be made in a manner consistent with the presiding judge's requirements.

2

Seventh Amended General Order 38
Case: 15-31519    Doc# 354    Filed: 07/21/23    Entered: 07/21/23 20:04:46    Page 5 of 6

9. Unless otherwise ordered by the presiding judge, there is no change to all other scheduling procedures including, but not limited to, applications for injunctive relief, orders shortening time, and hearings on "First Day" Chapter 11 motions.

10. Unless otherwise ordered by the presiding judge, all notices of any motion or application filed with the Court and served on any party which sets a hearing date for the motion or application must state that the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video, and include the following language:

> "All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about Court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website."

11. This Order supersedes any inconsistent information or direction in any standing order or notice related to the COVID-19 pandemic, and it replaces the Sixth Amended General Order 38.

**IT IS SO ORDERED**.

Dated: June 22, 2021

_____
Charles Novack
Chief Bankruptcy Judge

3

Seventh Amended General Order 38
Case: 15-31519   Doc# 354   Filed: 07/21/23   Entered: 07/21/23 20:04:46   Page 6 of 6