

1  BERNARD J. KORNBERG (State Bar No. 252006) Signed and Filed: August 18, 2023
   PRACTUS, LLP

2  58 West Portal Ave PMB 782
   San Francisco, CA 94127

3  Telephone: (341) 234-6629
   Email:  bernard.kornberg@practus.com

4
   Attorneys for Debtor and Debtor-in-Possession

5  Jinnie Jinhuei Chang Chao

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

6

7                UNITED STATES BANKRUPTCY COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9

10 In re                                            Case No. 15-31519

11 JINNIE JINHUEI CHANG CHAO,                        Chapter 11

12        Debtor.                                    **ORDER APPROVING APPLICATION TO**
                                                     **EMPLOY SPECIAL COUNSEL-**
13                                                   **BERNARD J. KORNBERG**

14

15        On July 21, 2023, Jinnie Jinhuei Chang Chao, the debtor and debtor-in-possession in this

16 Chapter 11 Case (the "Debtor"), filed and served an application for an order authorizing her to

17 employ Bernard J. Kornberg of the Law Firm of Practus, LLP, as her special counsel (ECF 354).

18 Having considered the application, the declaration of proposed special counsel, and it appearing

19 that employment of special counsel is in the best interest of the estate, and that special counsel

20 represents no interest adverse to the estate, the Court hereby orders as follows:

21        1.      Debtor is authorized to employ Bernard J. Kornberg and the Law Firm of Practus,

22 LLP as her special counsel pursuant to 11 U.S.C. §§ 327 and 328(a) and Federal Rule of

23 Bankruptcy Procedure 2014, to prosecute and defend the Adversary Proceeding of *Salem et al. v.*

24 *Jinnie Jinhuei Chang Chao et al.*, Case No. 16-03023, to object to and liquidate the claim of

25 Ardeshir Salem and A. Salem, D.D.S., Inc. (Claim 9) in whatever forum litigated, and any other

26 matter identified in the Employment Application  and accompanying Declaration (ECF 353).

27 Employment shall be effective as of the date of entry of this order.

28        2.      Any compensation to be paid to Practus LLP shall be on an hourly basis, pursuant

1
REQUEST FOR NOTICE

4864-4342-5855, v. 1

1  to 11 U.S.C. §§ 328(a) and 330, and on the terms set forth in the Engagement Agreement attached

2  as Exhibit A to the Declaration of Bernard J. Kornberg (the "Engagement Agreement"), and is

3  subject to Court approval on application in conformity with the Court's Guidelines, and on

4  appropriate notice to creditors, the United States Trustee, and other interested parties.

5          3.          The Prior Paragraph Notwithstanding, the Engagement Agreement is modified as

6  follows:

7          a.   The clause allowing for a 1% late fee for untimely payment to be charged is void;

8               and

9          b.   The section entitled Mandatory Fee Arbitration is void.

10                              **\*\*\* END OF ORDER \*\*\***

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

REQUEST FOR NOTICE

4864-4342-5855, v. 1

1    **COURT SERVICE LIST**

2    *ECF Notice Participants Only*

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4864-4342-5855, v. 1

REQUEST FOR NOTICE