Onyinye Anyama Esq. (SBN: 262152) **Signed and Filed: September 8, 2023**
**Anyama Law Firm | A Professional Law Corporation**
18000 Studebaker Road, Suite 325
Cerritos, Ca 90703
Tel: (562) 645-4500 Fax: (562) 64
E-mail: info@anyamalaw.com

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | ) Bankruptcy Case No. 15-31519 |
| | ) |
| | ) |
| Jinnie Jinhuei Chang Chao | ) Chapter 11 |
| | ) |
| Debtor | ) |

ORDER TENTATIVELY APPROVING DISCLOSURES IN COMBINED PLAN AND
DISCLOSURE STATEMENT, FIXING TIME FOR SUBMITTING BALLOTS AND
FILING OBJECTIONS TO CONFIRMATION OF PLAN AND/OR TO DISCLOSURE
STATEMENT, AND SETTING HEARING

A combined plan (the "plan") and disclosure statement (the

"disclosure statement") (together, the "Plan/DS") dated July 14, 2023

having been filed by Jinnie Jinhuei Chang Chao ("Debtor") on July 21,

2023, and a hearing on tentative approval of the disclosure statement

having occurred on August 18, 2023, it is hereby ordered that

A. The disclosure statement is tentatively approved.

B. No later than September 26, 2023, Debtor shall serve the Plan/DS,

a copy of this order, and a ballot conforming to Official Form 14

on creditors, equity security holders, and other parties in

interest, and the United States trustee.

C. October 20, 2023 is the last day for submitting written ballots

accepting or rejecting the plan. [Anyama Law Firm-18000 Studebaker Road, Suite 325, Cerritos, CA 90703].

D. October 20, 2023 is the last day for filing and serving written objections to the disclosure statement and/or to confirmation of the plan.

E. The hearing on final approval of the disclosure statement and on confirmation of the plan will occur on October 27, 2023 at 10:00 a.m.; the hearing will be conducted via tele/videoconference. The Court's Policy and procedure for Appearances by Tele/Videoconference (ATT/Zoom) are available on the court's website.

If any objections to the disclosure statement or to confirmation of the plan place disputed facts at issue, the hearing will also be a status conference to set a schedule for resolution of those factual disputes.

***END OF ORDER***