# United States Bankruptcy Court
## Central District of California

In re   **Jinnie Jinhuei Chang Chao**

Debtor(s)

Case No.   **15-31519**

Chapter   **11**

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
## (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant:   Onyinye N Anyama

Authorized to Provide Professional Services to:   Jinnie Jinhuei Chang Chao

Date of Order Authorizing Employment:   January 10, 2016

Period for Which Compensation is Sought:

From:   February 21, 2018   Through:   October 24, 2023

Amount of Fees Sought:   $   39,860.00

Amount of Expense Reimbursement Sought:   $   214.29

This is an: Interim Application   X   Final Application   _____

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees and Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| 3/15/2017 | 12/7/15-3/14/17 | $22,360.00 | $18,000.02 | $10,000.00 |
| 2/21/2018 | 3/16/17-2/20/18 | $8,058.38 | $8,058.38 | $16,058.40 |

Date:   November  1, 2023

By:   */s/Onyinye N. Anyama*

Onyinye N Anyama
Attorney for Debtor(s)
Anyama Law Firm, APC
18000 Studebaker Rd.
Suite 325
Cerritos, CA 90703
Phone:   (562) 645-4500
info@anyamalaw.com

Onyinye Anyama Esq. (SBN: 262152)
**Anyama Law Firm | A Professional Law Corporation**
18000 Studebaker Road, Suite 325
Cerritos, Ca 90703
Tel: (562) 645-4500 Fax: (562) 645-4494
E-mail: info@anyamalaw.com

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

In Re: ) Case No. 15-31519-DM
)
)
) Chapter 11
JINNIE JINHUEI CHANG CHAO )
)
)
)
)
Debtor )
)
_____ )

**THIRD INTERIM APPLICATION FOR COMPENSATION FOR LEGAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES ON BEHALF OF ANYAMA LAW FIRM FOR DEBTOR IN POSSESSION**

Comes now Anyama Law Firm attorney for the Debtor in possession and respectfully submits the herein application for compensation under. Rule 2002 of the Bankruptcy Rules and B.L.R. 9029-1.

## <u>NOTICE OF APPLICATION</u>

Notice of this Application is being sent concurrently with its filing to the Debtor, the Office of the United States Trustee, and all other parties required by the Court by ECF or by mail if a party is not registered. Applicant respectfully submits that no further notice is required in this matter.

The Debtor has also been provided a copy of this Application and an opportunity to review the Application pursuant to the UST Guidelines. A true and correct copy of the cover letter sent concurrently with the Application to the Debtor is attached to the Anyama Declaration as **Exhibit "D"**, in accordance with the UST Guidelines.

## **INTRODUCTION**

1.    The within case was commenced by filing a voluntary Chapter 11 petition on December 4, 2016. A trustee has not been appointed and the Debtor is in possession of the estate.

2.    **Employment**: The court authorized the Debtor's employment of Applicant on January 10, 2016. [See court Docket# 34].

3.    **Prior Compensations:** On April 7, 2017 Applicant filed its "First" interim fee application [See Court Docket #106]. In its first interim fee application, applicant sought court approval for interim fees $21,280.00, and reimbursement of costs incurred by Applicant during the Application Period in the amount of $1,080.02 for a total award of $22,360.02. Applicant further requested that upon granting this application, it be permitted to apply the sum of $10,000.00; (Pre petition retainer in Attorney client trust account). At the hearing held on May 5, 2017 the court approved the application for compensation .in part and the balance of the fees was deferred. The court ordered that Applicant was allowed to withdraw the balance of the retainer in the Attorney-Client Trust Account in the amount of $10,000. The court deferred any decision granting or denying the application for the balance of fees requested. [See Court Docket #143].

On February 21, 2018 the applicant filed the "Second" interim Fee application See docket No. 191]. The Second application sought interim compensation for the period from March 16, 2017 through February 20, 2018, which application was approved in the amount of $7,390.00 in fees and $668.38 in unreimbursed expenses by order dated May 16, 2018 [See Court docket No. 219]. On May 16, 2018 the Court issued an order regarding the deferred balance of First application stating as follows:

"Applicant is allowed, on an interim basis, fees in the amount of $16,920.00

and costs in the amount of $1,080.02. After application of the sum of the

$10,000.00 retainer, Applicant is entitled to payment of $6,920.00 in fees and $1,080.02 in costs. The balance of the fees sought in the First application $4,360.00) is disallowed."

Applicant has been paid $26,058.40 on the previous approved applications. This application seeks allowance of fees for services above and beyond those fees already approved ("additional fees").

4.     **Current Compensation**: This application covers professional services rendered from February 21, 2018 through October 24, 2023 and expenses. Applicant rendered services with an additional value of $39,860.00. Applicant determined this figure more fully set forth in the detailed time records filed with this application.

5.     **Expenses**: During the same time period, Applicant also incurred expenses of $214.29 as detailed time records filed with this application. The total of the aforesaid fees and expenses is $40,074.29.

6.     **Compliance with guidelines:** As a general rule, Applicant's billing practices and hourly rates are identical for bankruptcy and non-bankruptcy clients. The costs charged to bankruptcy estates are either identical to or less than the costs charged to non-bankruptcy clients. This application is in compliance with this Court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees ("Guidelines for Professionals"). Applicant does not include word processing costs in its expenses and does not mark-up its expenses.

7.     **Status of the Case**: The Debtor has filed all schedules and statements of financial affairs and is in full compliance with all reporting and administrative requirements established by the OUST. The Debtor has also filed all Monthly Operating Report.

Applicant prepared and filed debtor's proposed combined Plan of reorganization and Disclosure statement and filed on July 21, 2023. The hearing was set and be held on September 28, 2023. At the hearing, the court approved the Disclosure statement with some requests modifications and confirmation hearing is set for October 27, 2023.

8.     **<u>2016(b) Statement</u>**: Applicant has not agreed to share any compensation to be awarded herein with any other person. Applicant has neither received nor been promised other compensation for its services as counsel for the Debtor herein, other than as may be awarded by the Court herein.

## SUMMARY OF APPLICATION

Pursuant to Bankruptcy Code §§327, 328, 330 and 331, Bankruptcy Rule 2016(a), L.R.7-216, and the court's Guidelines for Professionals, Applicant requests that this court allow the following $39,860.00 as compensation and $214.29 as reimbursement of expenses.

## REQUIRED DISCLOSURE

Applicant has not agreed to fix the fees or other compensation to be paid for services rendered and expenses incurred in connection with this case. Applicant has not agreed to share the compensation to be received for the services rendered in this case. The hourly rate charged by Applicant is at or below the customary rates charged by other comparably skilled practitioners in business and Chapter 11 bankruptcy cases. Applicant's rate in this case is not greater than her standard rate charged to comparable clients for comparable services in other bankruptcy cases and matters.

As set forth below, Applicant has compiled a project-based itemization of services rendered based on contemporaneous daily records during the period covered by this Application. Applicant utilized some of the project categories suggested by the UST Guidelines, which also permits case-specific categories. The following chart summarizes project billing categories and the total hours expended for each category during the period covered by this Application, and is followed by a narrative and detail

| Category | Total Hours | Total Fees |
|---|---|---|
| 1. Case Administration | 74.1 | $29,340.00 |
| 2. Fee/ Employment Applications | 6.3 | $2,520.00 |
| 3. Court Appearance | 4.8 | $1,920.00 |
| 4. Motions | 3.5 | $1,400.00 |
| 5. Disclosure Statement/Plan | 11.7 | $4,680.00 |

///
///
///
///

## **SUMMARY OF SERVICES**

The services rendered by Applicant are set forth in detail in Exhibit "A" attached hereto, and they are summarized as follows:

**1. COMMENCEMENT OF CASE**

Applicant was retained as general insolvency counsel to the Debtor to assist her on behalf of her estate in this case in her role as debtor-in-possession. This case was commenced by the filing of a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on December 4, 2016 (the "Petition Date"). Ms. Chao intends to continue in the possession of her properties as debtor-in-possession pursuant to Sections 1107 and 1108 of the bankruptcy code.

Ms. Chao is an individual domiciled and with her primary residence within the San Francisco County State of California. Ms. Chao is a self-employed real estate broker and also receives income from her rental properties. Ms. Chao is engaged in the business of sale of real properties. The major assets of Ms. Chao are five real properties owned by Ms. Chao.

The event leading to bankruptcy was due to the economic downturn in 2008 and the near collapse of the real estate industry. Ms. Chao (real estate professional) experienced major decrease in her income. She attempted to reorganize her debt by filing Chapter 13 cases in 2015 pro se. However, the case was dismissed since Ms. Chao represented herself and was unsophisticated in bankruptcy matters. Ms. Chao employed the applicant to file her Chapter 11 bankruptcy to reorganize her debt.

Virtually all of the Debtor's assets are encumbered by holders of prior secured claims. The principal assets of the estate are the following properties currently owned by the debtor.

| | |
|---|---|
| 8108 Penobscot Ln. McKinney TX | 305 St Andrews Dr. Pinehurst NC |
| 701 Braxton Ct. McKinney TX | 9 Maverick PL Pinehurs |
| 30 Pilarcitos Ct Hillsborough CA | |

On January 10, 2016, this Court entered an order appointing Anyarna Law Firm as Debtor's General Insolvency and Bankruptcy Counsel.

Among other things, Applicant assisted the Debtor in preparing and filing the voluntary chapter 11 petition and in preparing and filing the schedules, statement of financial affairs and other initial documents. Applicant analyzed the background and financial affairs of the Debtor (including assets, expenses, liens, in addition to mortgage statements, financial statements, rent rolls and other information). The Debtor maintains most of this information in numerous documents, which presented an unusual challenge to Applicant that required special attention.

Applicant further assisted the Debtor by preparing real property questionnaires and the Initial Debtor Interview materials provided to the office of the United States Trustee. Applicant appeared at the Initial Debtor Interview and the Section 34l(a) Meeting of Creditors, and Applicant also advised the Debtor in opening debtor-in-possession bank accounts.

Applicant assisted the Debtor in successfully preparing a motion for authority to use the cash collateral of secured creditors generated by debtor's rented real properties. Considerable time was spent in collecting required information (rent rolls, proof of rent received, proof of expenses, and other information), calculating rental income and expenses, generating budgets for the Rental Properties an advising the Debtor on the appropriate use of cash collateral.

## 2. CASE ADMINISTRATION

The Firm assisted the Debtor with substantially all aspects of the administration of the within case, including by advising the Debtor with respect to her duties as debtor-in-possession and by reviewing and filing monthly operating reports. The firm analyzed the financial affairs and documents of the Debtor, developed case strategies, addressed issues regarding debtor-in-possession accounts, coordinated with other professionals, and reviewed and analyzed questions regarding proofs of claims.

The preparation and submission of the operating reports, along with the preparation, filing and appearances at Status conferences are part of this category.

In connection with this category, Applicant earned $29,340.00 in attorney's fees, as detailed in attached Exhibit "A".

///

///

### 3. MOTIONS/CLAIM OBJECTIONS

On June 28, 2023 the U.S. Trustee filed a Motion to Dismiss or Convert the instant case. Applicant reviewed the Motion. Applicant prepared and reviewed debtor's opposition to the said motion and prepare for and attend the hearings on this motion and the hearing is set and will be held on October 27, 2023.

In connection with this category, Applicant earned $1,400.00 in attorney's fees, as detailed in attached Exhibit "A".

### 4. EMPLOYMENT OF PROFESSIONALS/ FEE APPLICATIONS

During the period covered by this application the applicant prepared her fee applications, including by reviewing its billing records, the docket of the within case, the firm's file and other documents, among other things. The preparation of this fee application required the firm to analyze billing and expense records and to properly categorize time.

Applicant prepared applications to employ Ethan A. Balogh and Bernard J. Kornberg as Special counsels to represent the Debtor in the active Adversary Case (two separated applications to employ) but on August 16, 2023 the Debtor and proposed Special Counsel Ethan A. Balogh decided to surrender his application to employ and applicant prepare and file the corresponding motion to withdrawal his application to employ. The court entered the order employing Bernard J. Kornberg on August 18, 2023.

In connection with this category, Applicant earned $2,520.00 in attorney's fees, as detailed in attached Exhibit "A".

### 5. PLAN AND DISCLOSURE STATEMENT

Counsel reviewed and prepared debtor's combined plan and disclosure statement. On July 21, 2023 Applicant prepared and filed debtor's proposed combined Plan of reorganization and Disclosure statement. At the hearing, the court approved the Disclosure statement and confirming the plan. The confirmation hearing **is** set for and held on October 27, 2023.

In connection with this category, Applicant earned $4,680.00 in attorney's fees, as detailed in attached Exhibit "A".

**6. COURT APPEARANCE**

Applicant prepared for and appeared at several hearings on behalf of the debtor, including, status conference, Motion to sell real estate, disclosure statement and Plan hearings. In connection with this category, Applicant earned $1,920.00 in attorney's fees as detailed in attached Exhibit "A".

**BREAKDOWN OF EXPENSES INCURRED**

From March 21, 2018, through October 24, 2023, Applicant incurred the following expenses:

| Expense | Total Cost |
|---|---|
| Photocopies costs | $97.50 |
| Postages costs | $116.79 |
| | $214.29 |

In accordance with this Court's Guidelines for Professionals, Applicant's policy is to charge Clients $.10 per page for internal photocopying and actual costs associated with postage, court fees and research.

**ESTABLISHMENT OF FEES**

A compensation award based on a reasonable hourly rate multiplied by the number of hours actually and reasonably expended is presumptively a reasonable fee. *In re Manoa Finance Company,* 853 F.2d 687, 689 (9th Cir. 1988). Establishing a reasonable hourly rate requires consideration of market rates in the relevant community which are, in tum, at least partly function of the type of services rendered and the lawyer's experience, skill, and reputation.

**PRAYER FOR RELIEF**

WHEREFORE, Applicant prays for entry of an order:

1. Approving and allowing compensation in the amount of $39,860.00

2. Approving and allowing reimbursement of expenses in the amount of $214.29, for a total of $40,074.29 in this third fee application.

3. For such other and further relief as the court deems appropriate.

Dated: October 27, 2023                              ANYAMA LAW FIRM, A.P.C


                                            By: */s/Onyinye N. Anyama*
                                                Onyinye N. Anyama
                                                Attorney for Debtor
                                                Jinnie Jinhuei Chang Chao

## __CERTIFICATION__

I Onyinye Anyama, counsel of record for the Debtor certify that I have read the application herein and to the best of my knowledge, information and belief, formed after responsible inquiry, the compensation and expense reimbursement sought is in conformity with the Guidelines for Compensation and Expense Reimbursement of Professionals promulgated by this court and the compensation and expense reimbursement request are billed at rates accordance with practices no less favorable than those customarily employed by the applicant and generally accepted by the applicant's debtor-in-possession clients.

Dated: October 27, 2023                    ANYAMA LAW FIRM, A.P.C


By: */s/Onyinye N. Anyama*
    Onyinye N. Anyama
    Attorney for Debtor
    Jinnie Jinhuei Chang Chao

# EXHIBIT "A"

**Anyama Law Firm,**
**A Professional Corporation**
18000 Studebaker Road #325, Cerritos, CA 90703
Tel: (562) 645-4500
Email: *onyi@anyamalaw.com*


**To: Jinnie Jinhuei Chang Chao**


**SERVICES**

<u>**CASE ADMINISTRATION**</u>

| Date | Activity | Description | Quantity | Price | Total |
|------|----------|-------------|----------|-------|-------|
| 2/21/2018 | Case Administration | Prepare and file Notice of Hearing re Disclosure Statement | 0.3 | $400.00 | $120.00 |
| 2/21/2018 | Case Administration | Final review and file Operating Report for period ending 1/31/2018 | 0.3 | $400.00 | $120.00 |
| 3/20/2018 | Case Administration | Operating Report for 2/28/2018 | 0.3 | $400.00 | $120.00 |
| 4/19/2018 | Case Administration | Operating report for 3/31/2018 | 0.3 | $400.00 | $120.00 |
| 4/23/2018 | Case Administration | Review Transfer of Claim on Proof of Claim #6 of Pennymac | 0.5 | $400.00 | $200.00 |
| 5/24/2018 | Case Administration | Operating Report of 4/30/2018 | 0.5 | $400.00 | $200.00 |
| 6/20/2018 | Case Administration | Operating report for 5/31/2018 | 0.5 | $400.00 | $200.00 |
| 8/2/2018 | Case Administration | Operating report for 6/30/2018 | 0.5 | $400.00 | $200.00 |
| 8/14/2018 | Case Administration | Operating report for 7/31/2018 | 0.5 | $400.00 | $200.00 |
| 8/16/2018 | Case Administration | Status Conference Statement | 0.5 | $400.00 | $200.00 |
| 9/12/2018 | Case Administration | Prepare and file Notice of Change of address for Debtor | 0.2 | $400.00 | $80.00 |
| 9/14/2018 | Case Administration | Operating report for 8/31/2018 | 0.5 | $400.00 | $200.00 |
| 10/17/2018 | Case Administration | Operating repot of 9/30/2018 | 0.5 | $400.00 | $200.00 |
| 11/27/2018 | Case Administration | Operating report of 10/31/2018 | 0.5 | $400.00 | $200.00 |
| 11/27/2018 | Case Administration | Prepare file and service of Updated Status Conference Statement | 1 | $400.00 | $400.00 |
| 12/12/2018 | Case Administration | Prepared Operating Report for the month of November 2018 | 0.5 | $150.00 | $75.00 |
| 12/12/2018 | Case Administration | Operating report of 11/30/2018 | 0.5 | $400.00 | $200.00 |
| 12/17/2018 | Case Administration | Telephone Conference with debtor and counsel on crimkinal case regarding adversary case | 0.5 | $400.00 | $200.00 |
| 1/8/2019 | Case Administration | Review Court's tentative ruling re Status Conference | 0.8 | $400.00 | $320.00 |
| 1/22/2019 | Case Administration | Operating report of 12/31/2018 | 0.5 | $400.00 | $200.00 |
| 2/12/2019 | Case Administration | Preparation of the Monthly Operating Report for January 2019. | 0.7 | $150.00 | $105.00 |
| 2/12/2019 | Case Administration | Operating report of 1/31/2019 | 0.5 | $400.00 | $200.00 |
| 2/12/2019 | Case Administration | Operating Report of 01/31/2019 | 0.5 | $400.00 | $200.00 |
| 3/15/2019 | Case Administration | Preparation and filing of the monthly operating report for February 2019. | 0.5 | $400.00 | $200.00 |
| 3/19/2019 | Case Administration | Operating report of 2/28/2019 | 0.5 | $400.00 | $200.00 |

| Date | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/11/2019 | Case Administration | Prepare file and service of 2nd Status Conference Statement | 1 | $400.00 | $400.00 |
| 4/19/2019 | Case Administration | Review and calendar continued Status Conference hearing set by Court | 0.5 | $400.00 | $200.00 |
| 4/26/2019 | Case Administration | Operating report of 3/31/2019 | 0.5 | $400.00 | $200.00 |
| 5/31/2019 | Case Administration | Operating report of 4/30/2019 | 0.5 | $400.00 | $200.00 |
| 6/17/2019 | Case Administration | Operating report for 5/31/2019 | 0.5 | $400.00 | $200.00 |
| 6/20/2019 | Case Administration | Prepare file and service of Updated status conference statement | 1 | $400.00 | $400.00 |
| 6/26/2019 | Case Administration | Communication with creditor's Counsel re Continuation of status conference hearing | 0.3 | $400.00 | $120.00 |
| 8/16/2019 | Case Administration | Operating report of 6/30/2019 | 0.5 | $400.00 | $200.00 |
| 8/20/2019 | Case Administration | Operating Report of 7/31/2019 | 0.5 | $400.00 | $200.00 |
| 8/26/2019 | Case Administration | Review Motion for Relief from Automatic Stay of Wilmington Trust | 1 | $400.00 | $400.00 |
| 9/9/2019 | Case Administration | Prepare file and service of Updated Status Conference Statement | 1 | $400.00 | $400.00 |
| 9/11/2019 | Case Administration | Review and sign Stipulation with creditor Wilmington Trust re MRS | 0.3 | $400.00 | $120.00 |
| 9/12/2019 | Case Administration | Communications with Creditor Wilmington Trust re APO Agreement between parties regarding MRS | 1 | $400.00 | $400.00 |
| 9/12/2019 | Case Administration | Prepare and attend hearing re Motion for Relief From Stay filed by Wilmington Trust | 1 | $400.00 | $400.00 |
| 11/18/2019 | Case Administration | Operating report of 8/31/2019 | 0.5 | $400.00 | $200.00 |
| 11/18/2019 | Case Administration | Operating report of 9/30/2019 | 0.5 | $400.00 | $200.00 |
| 11/18/2019 | Case Administration | Operating report of 10/31/2019 | 0.5 | $400.00 | $200.00 |
| 12/11/2019 | Case Administration | Prepare file and service of Updated Status Conference report. | 0.8 | $400.00 | $320.00 |
| 1/31/2020 | Case Administration | Operating report of 11/30/2019 | 0.5 | $400.00 | $200.00 |
| 1/31/2020 | Case Administration | Operating report of 12/31/2019 | 0.5 | $400.00 | $200.00 |
| 3/16/2020 | Case Administration | Prepare and file Supplemental Status conference statement | 0.8 | $400.00 | $320.00 |
| 3/31/2020 | Case Administration | Operating report of 1/31/2020 | 0.5 | $400.00 | $200.00 |
| 3/31/2020 | Case Administration | Operating report of 2/29/2020 | 0.5 | $400.00 | $200.00 |
| 5/20/2020 | Case Administration | Operating report of 3/31/2020 | 0.5 | $400.00 | $200.00 |
| 5/22/2020 | Case Administration | Operating report of 4/30/2020 | 0.5 | $400.00 | $200.00 |
| 6/17/2020 | Case Administration | Review and calendar Order Changing time of hearing re Status Conference | 0.2 | $400.00 | $80.00 |
| 6/25/2020 | Case Administration | Operating report of 5/31/2020 | 0.5 | $400.00 | $200.00 |
| 6/25/2020 | Case Administration | Prepare and telephonically attend Status Conference Hearing | 1 | $400.00 | $400.00 |
| 7/29/2020 | Case Administration | Operating report of 6/30/2020 | 0.5 | $400.00 | $200.00 |
| 8/28/2020 | Case Administration | Operating report of 7/31/2020 | 0.5 | $400.00 | $200.00 |
| 9/25/2020 | Case Administration | Operating report of 8/31/2020 | 0.5 | $400.00 | $200.00 |
| 10/23/2020 | Case Administration | Operating report of 9/30/2020 | 0.5 | $400.00 | $200.00 |
| 12/23/2020 | Case Administration | Operating Report of 10/31/2020 | 0.5 | $400.00 | $200.00 |
| 12/23/2020 | Case Administration | Operating report of 11/30/2020 | 0.5 | $400.00 | $200.00 |
| 1/21/2021 | Case Administration | Operating report of 12/31/2020 | 0.5 | $400.00 | $200.00 |
| 2/19/2021 | Case Administration | Operating report of 1/31/2021 | 0.5 | $400.00 | $200.00 |
| 2/19/2021 | Case Administration | Updated Status Conference Statement | 1 | $400.00 | $400.00 |

| Date | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/23/2021 | Case Administration | Review and calendar Continued date for Status Conference hearing | 0.5 | $400.00 | $200.00 |
| 5/21/2021 | Case Administration | Operating report of 2/28/2021 | 0.5 | $400.00 | $200.00 |
| 5/24/2021 | Case Administration | Operating report of 3/31/2021 | 0.5 | $400.00 | $200.00 |
| 5/24/2021 | Case Administration | Operating report of 4/30/2021 | 0.5 | $400.00 | $200.00 |
| 6/5/2021 | Case Administration | Communication with Secured Creditor (Wilmington) re NON-Cure of Default as APO | 0.2 | $400.00 | $80.00 |
| 6/20/2021 | Case Administration | Various Calls with Debtor re Wilmington Notice of Delinquency payments | 1 | $400.00 | $400.00 |
| 6/22/2021 | Case Administration | Review Creditor Wilmington Trust's filed Declaration of Non Cure of Default re APO signed | 0.3 | $400.00 | $120.00 |
| 6/23/2021 | Case Administration | Prepare and file Objection to Creditor (Wilmington) filed Declaration of NON cure of Default | 1 | $400.00 | $400.00 |
| 6/25/2021 | Case Administration | Review Order denying Creditor request for Default re MRS | 0.2 | $400.00 | $80.00 |
| 6/30/2021 | Case Administration | Review Court information re APO with Wilmington re Debtor's form of payments | 0.5 | $400.00 | $200.00 |
| 7/21/2021 | Case Administration | Operating report of 5/31/2021 | 0.5 | $400.00 | $200.00 |
| 7/21/2021 | Case Administration | Operating report of 6/30/2021 | 0.5 | $400.00 | $200.00 |
| 8/25/2021 | Case Administration | Operating report of 7/31/2021 | 0.5 | $400.00 | $200.00 |
| 9/27/2021 | Case Administration | Operating report of 8/31/2021 | 0.5 | $400.00 | $200.00 |
| 10/18/2021 | Case Administration | Operating report of 9/30/2021 | 0.5 | $400.00 | $200.00 |
| 10/27/2021 | Case Administration | Prepare file and service of Updated Status Conference Statement | 1 | $400.00 | $400.00 |
| 10/29/2021 | Case Administration | Prepare and attend Status conference hearing | 1.5 | $400.00 | $600.00 |
| 10/29/2021 | Case Administration | Prepare and attend Status conference hearing | 1.5 | $400.00 | $600.00 |
| 11/22/2021 | Case Administration | Operating report of 10/31/2021 | 0.5 | $400.00 | $200.00 |
| 12/17/2021 | Case Administration | Operating Report of 11/30/2021 | 0.5 | $400.00 | $200.00 |
| 1/7/2022 | Case Administration | Prepare file and service of Updated status conference report | 1 | $400.00 | $400.00 |
| 1/21/2022 | Case Administration | Prepare file and service of Updated status conference report | 1 | $400.00 | $400.00 |
| 1/24/2022 | Case Administration | Operating Report of 12/31/2021 | 0.5 | $400.00 | $200.00 |
| 1/24/2022 | Case Administration | Review Court's tentative ruling continuing Status Conference | 0.2 | $400.00 | $80.00 |
| 1/24/2022 | Case Administration | Prepare and file Amended Operating report of 11/30/2021 | 0.5 | $400.00 | $200.00 |
| 2/22/2022 | Case Administration | Operating Report of 1/31/2022 | 0.5 | $400.00 | $200.00 |
| 3/21/2022 | Case Administration | Operating Report of  2/28/2022 | 0.5 | $400.00 | $200.00 |
| 4/8/2022 | Case Administration | Prepare file and service of Updated status conference report | 1 | $400.00 | $400.00 |
| 4/21/2022 | Case Administration | Operating Report of 3/31/2022 | 0.5 | $400.00 | $200.00 |
| 6/23/2022 | Case Administration | Operating Report of 4/30/2022 | 0.5 | $400.00 | $200.00 |
| 6/23/2022 | Case Administration | Operating Report of 4/30/2022 | 0.5 | $400.00 | $200.00 |
| 6/23/2022 | Case Administration | Prepare file and service of Updated status conference report | 1 | $400.00 | $400.00 |
| 6/23/2022 | Case Administration | Operating Report of 5/31/2022 | 0.5 | $400.00 | $200.00 |
| 7/25/2022 | Case Administration | Operating Report of 6/30/2022 | 0.5 | $400.00 | $200.00 |

| Date | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/29/2022 | Case Administration | Operating Report of 7/31/2022 | 0.5 | $400.00 | $200.00 |
| 9/28/2022 | Case Administration | Operating Report of 8/31/2022 | 0.5 | $400.00 | $200.00 |
| 10/19/2022 | Case Administration | Operating Report of 9/30/2022 | 0.5 | $400.00 | $200.00 |
| 11/30/2022 | Case Administration | Operating Report of 10/31/2022 | 0.5 | $400.00 | $200.00 |
| 12/23/2022 | Case Administration | Operating Report of 11/30/2022 | 0.5 | $400.00 | $200.00 |
| 1/13/2023 | Case Administration | Prepare for and attend Status conference hearing | 1 | $400.00 | $400.00 |
| 1/24/2023 | Case Administration | Operating Report of 12/31/2022 | 0.5 | $400.00 | $200.00 |
| 1/30/2023 | Case Administration | Telephone communication with debtor regarding case | 0.1 | $400.00 | $40.00 |
| 2/17/2023 | Case Administration | Telephone communication with debtor regarding case | 0.2 | $400.00 | $80.00 |
| 2/19/2023 | Case Administration | Prepare file and service of Updated status conference report | 1 | $400.00 | $400.00 |
| 2/21/2023 | Case Administration | Operating Report of  1/31/2023 | 0.5 | $400.00 | $200.00 |
| 2/24/2023 | Case Administration | Prepare for and attend Status conference hearing | 1 | $400.00 | $400.00 |
| 2/24/2023 | Case Administration | Telephone communication with debtor regarding case | 0.3 | $400.00 | $120.00 |
| 2/24/2023 | Case Administration | Telephone communication with debtor regarding case | 0.1 | $400.00 | $40.00 |
| 3/2/2023 | Case Administration | Telephone communication with debtor regarding case | 0.2 | $400.00 | $80.00 |
| 3/30/2023 | Case Administration | Operating Report of  2/28/2023 | 0.5 | $400.00 | $200.00 |
| 4/7/2023 | Case Administration | Prepare file and service of Updated status conference report | 1 | $400.00 | $400.00 |
| 4/21/2023 | Case Administration | Operating Report of  3/31/2023 | 0.5 | $400.00 | $200.00 |
| 4/21/2023 | Case Administration | Prepare for and attend Status conference hearing | 1 | $400.00 | $400.00 |
| 4/26/2023 | Case Administration | Telephone communication with debtor regarding case | 0.1 | $400.00 | $40.00 |
| 5/18/2023 | Case Administration | Telephone communication with debtor regarding case | 0.1 | $400.00 | $40.00 |
| 5/22/2023 | Case Administration | Operating Report of  4/30/2023 | 0.5 | $400.00 | $200.00 |
| 6/2/2023 | Case Administration | Telephone communication with debtor regarding case | 0.2 | $400.00 | $80.00 |
| 6/2/2023 | Case Administration | Telephone communication with debtor regarding case | 0.2 | $400.00 | $80.00 |
| 6/23/2023 | Case Administration | Telephone communication with debtor regarding case | 0.2 | $400.00 | $80.00 |
| 6/23/2023 | Case Administration | Telephone communication with debtor regarding case | 0.1 | $400.00 | $40.00 |
| 6/25/2023 | Case Administration | Prepare file and service of Updated status conference report | 1 | $400.00 | $400.00 |
| 6/28/2023 | Case Administration | Review Trustee's Motion to Dismiss | 0.5 | $400.00 | $200.00 |
| 7/10/2023 | Case Administration | Telephone communication with debtor regarding case | 0.3 | $400.00 | $120.00 |
| 7/10/2023 | Case Administration | Telephone communication with debtor regarding case | 0.1 | $400.00 | $40.00 |
| 7/10/2023 | Case Administration | Telephone communication with debtor regarding case | 0.1 | $400.00 | $40.00 |

| Date | Activity | Description | Quantity | Price | Total |
|---|---|---|---|---|---|
| 7/14/2023 | Case Administration | Telephone communication with debtor regarding case | 0.5 | $400.00 | $200.00 |
| 7/20/2023 | Case Administration | Operating Report of 5/31/2023 | 0.5 | $400.00 | $200.00 |
| 7/20/2023 | Case Administration | Telephone communication with debtor regarding case | 0.1 | $400.00 | $40.00 |
| 7/27/2023 | Case Administration | Operating Report of 6/30/2023 | 0.5 | $400.00 | $200.00 |
| 7/28/2023 | Case Administration | Telephone communication with debtor regarding case | 0.1 | $400.00 | $40.00 |
| 7/28/2023 | Case Administration | Telephone communication with debtor regarding case | 0.2 | $400.00 | $80.00 |
| 7/28/2023 | Case Administration | Telephone communication with debtor regarding case | 0.2 | $400.00 | $80.00 |
| 8/13/2023 | Case Administration | Telephone communication with debtor regarding case | 0.2 | $400.00 | $80.00 |
| 8/21/2023 | Case Administration | Telephone communication with debtor regarding case | 0.2 | $400.00 | $80.00 |
| 8/21/2023 | Case Administration | Telephone communication with debtor regarding case | 0.2 | $400.00 | $80.00 |
| 8/22/2023 | Case Administration | Operating Report of 7/31/2023 | 0.5 | $400.00 | $200.00 |
| 8/28/2023 | Case Administration | Telephone communication with debtor regarding case | 0.3 | $400.00 | $120.00 |
| 8/28/2023 | Case Administration | Telephone communication with debtor regarding case | 0.1 | $400.00 | $40.00 |
| 8/28/2023 | Case Administration | Telephone communication with debtor regarding case | 0.1 | $400.00 | $40.00 |
| 8/29/2023 | Case Administration | Telephone communication with debtor regarding case | 0.4 | $400.00 | $160.00 |
| | | **TOTAL CASE ADMINISTRATION** | 74.1 | | $29,340.00 |

**MOTIONS**

| Date | Activity | Description | Quantity | Price | Total |
|---|---|---|---|---|---|
| 7/14/2023 | Motions | Prepare file and service of Brief/Memorandum in Opposition to Trustee's Motion to dismiss | 1.5 | $400.00 | $600.00 |
| 7/28/2023 | Motions | Prepare for and Attend hearing re Trustee's Motion to Dismiss | 1 | $400.00 | $400.00 |
| 8/18/2023 | Motions | Prepare for and attend Hearing re Trustee's Motion to Dismiss | 1 | $400.00 | $400.00 |
| | | **TOTAL MOTIONS** | 3.5 | | $1,400.00 |

## FEE / EMPLOYMENT APPLICATIONS

| Date | Activity | Description | Quantity | Price | Total |
|---|---|---|---|---|---|
| 7/21/2023 | Fee/Employment App | Prepare file and service for Application to Employ Bernard J. Kornberg as Special Counsel | 1 | $400.00 | $400.00 |
| 7/21/2023 | Fee/Employment App | Prepare file and service for Application to Employ Ethan A. Balogh as Special Counsel | 1 | $400.00 | $400.00 |
| 8/11/2023 | Fee/Employment App | Prepare for and attend Hearing re Special Counsels Employment applications | 1 | $400.00 | $400.00 |
| 8/16/2023 | Fee/Employment App | Prepare and file Withdrawal of application to employ Ethan A. Balogh as Special Counsel | 0.5 | $400.00 | $200.00 |
| 8/18/2023 | Fee/Employment App | Review Order approving employment of Bernard J. Kornberg as Special Counsel | 0.2 | $400.00 | $80.00 |
| 10/24/2023 | Fee/Employment App | Prepared and reviewed 3rd fee application | 2.6 | $400.00 | $1,040.00 |
| | | | 6.3 | | $2,520.00 |

## DISCLOSURE STATEMENT / PLAN

| Date | Activity | Description | Quantity | Price | Total |
|---|---|---|---|---|---|
| 2/21/2018 | Disclosure statement/Plan | Prepare Attorney and Debtor's Declarations supporting Disclosure Statement | 0.6 | $400.00 | $240.00 |
| 2/21/2018 | Disclosure statement/Plan | Notice of hearing for amended Disclosure Statement | 0.1 | $400.00 | $40.00 |
| 3/1/2018 | Disclosure statement/Plan | Review Limited Objection of Wilmington Trust re Pilarcitos property. | 0.5 | $400.00 | $200.00 |
| 3/1/2018 | Disclosure statement/Plan | Review limited objection to Debtors Combined Plan and Disclosure Statement | 0.5 | $400.00 | $200.00 |
| 3/8/2018 | Disclosure statement/Plan | Hearing held and continued re: A revised Plan and Disclosure Statement | 1 | $400.00 | $400.00 |
| 3/14/2018 | Disclosure statement/Plan | Amend Disclosure Statement and Chapter 11 Plan | 0.7 | $400.00 | $280.00 |
| 3/16/2018 | Disclosure statement/Plan | Hearing Held. A revised Plan and Disclosure Statement. Tentatively approving the Disclosure Statement | 1 | $400.00 | $400.00 |
| 4/10/2018 | Disclosure statement/Plan | Preparation and service of Chapter 11 Plan Order Approving Disclosure Statement and Ballots | 1 | $400.00 | $400.00 |
| 4/23/2018 | Disclosure statement/Plan | Prepare and file Ballot Summary | 0.8 | $400.00 | $320.00 |
| 4/23/2018 | Disclosure statement/Plan | Service of filed Summary of Ballots | 0.2 | $400.00 | $80.00 |
| 8/23/2018 | Disclosure statement/Plan | Prepare and Attend hearing of Final Approval of Disclosure Statement and Confirmation | 1.5 | $400.00 | $600.00 |
| 7/21/2023 | Disclosure statement/Plan | Prepare file and service of Combined Plan of Reorganization and Disclosure Statement | 2 | $400.00 | $800.00 |
| 7/28/2023 | Disclosure statement/Plan | Prepare file and service for Notice of hearing re Debtor's Combined Plan of Reorganization and Disclosure Statement | 0.5 | $400.00 | $200.00 |

| Date | Activity | Description | | | |
|---|---|---|---|---|---|
| 8/10/2023 | Disclosure statement/Plan | Review Objection to Confirmation of Debtor's Chapter 11 Plan | 0.5 | $400.00 | $200.00 |
| 8/17/2023 | Disclosure statement/Plan | Prepare file and service of Reply to Objection to confirm Debtor's Chapter 11 Plan | 0.8 | $400.00 | $320.00 |
| | | **TOTAL DISCLOSURE STATEMENT / PLAN** | 11.7 | | $4,680.00 |

**COURT APPEARANCE**

| Date | Activity | Description | Quantity | Price | Total |
|---|---|---|---|---|---|
| 10/29/2021 | Court Appearance | Prepare and attend Status Conference | 1 | $400.00 | $400.00 |
| 6/24/2022 | Court Appearance | Prepare for and attend hearing re status conference | 0.5 | $400.00 | $200.00 |
| 1/13/2023 | Court Appearance | Prepared for and attend hearing re status conference | 0.5 | $400.00 | $200.00 |
| 2/24/2023 | Court Appearance | Prepared for and attend hearing re status conference | 0.5 | $400.00 | $200.00 |
| 4/21/2023 | Court Appearance | Prepared for and attend hearing re status conference | 0.5 | $400.00 | $200.00 |
| 7/28/2023 | Court Appearance | Prepared for and attend hearing re status conference/Motion to dismiss | 0.5 | $400.00 | $200.00 |
| 8/11/2023 | Court Appearance | Prepared for and attend hearing re status conference/ employment application | 0.5 | $400.00 | $200.00 |
| 8/14/2023 | Court Appearance | Prepared for and attend hearing re status conference /Motion to dismiss | 0.4 | $400.00 | $160.00 |
| 8/18/2023 | Court Appearance | Prepared for and attend hearing re status conference /Motion to dismiss | 0.4 | $400.00 | $160.00 |
| | | **TOTAL COURT APPEARANCE** | 4.8 | | $1,920.00 |

| CATEGORY | TOTAL HOURS | TOTAL FEES | |
|---|---|---|---|
| Case Administration | 74.1 | $29,340.00 | |
| Fee / Employment Application | 6.3 | $2,520.00 | |
| Motions | 3.5 | $1,400.00 | |
| Disclosure Statement / Plan | 11.7 | $4,680.00 | |
| Court Appearance | 4.8 | $1,920.00 | |

| Name | Total hours | Hourly rate | Total Fees |
|---|---|---|---|
| Onyinye N. Anyama | 99.2 | $400.00 | $39,680.00 |
| Elizabeth Cruz | 1.2 | $150.00 | $180.00 |