

Entered on Docket
April 25, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: April 25, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Onyinye Anyama Esq. (SBN: 262152)
**Anyama Law Firm | A Professional Law Corporation**
18000 Studebaker Road, Suite 325
Cerritos, Ca 90703
Tel: (562) 645-4500 Fax: (562) 645-4494
E-mail: info@anyamalaw.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| In Re: | Case No. **15-31519** |
|---|---|
| **JINNIE JINHUEI CHANG CHAO** | Chapter 11 |
| **Debtor** | |

**ORDER CONFIRMING DEBTOR'S REVISED COMBINED PLAN OF REORGANIZATION AND APPROVED DISCLOSURE STATEMENT (Dated April 23, 2024)**

A hearing on the confirmation of the Combined Plan of Reorganization and Approved Disclosure Statement (dated July 21, 2023) of Jinnie Jinhuei Chang Chao, Debtor herein, came for hearing before the Court at 10:00 a.m. on October 27, 2023. Onyinye N. Anyama of Anyama Law Firm, A.P.C. virtually appeared for the Debtor and other appearances are included on the records. At the hearing, the court tentatively confirmed the plan subject to a revised plan being filed.

On April 23, 2024, the Debtor filed her revised Combined Plan of Reorganization and Approved Disclosure statement as docket number 407.

Having considered the revised Plan, dated April 23, 2024, and all related pleadings, the evidence in support of confirmation, and the arguments of counsel, for the reasons stated orally on the record and good cause appearing, and it having been determined after hearing on notice that the requirements for 11 U.S.C. § 1129(a) have been satisfied;

**IT IS ORDERED** that:

1. The Debtor's Revised Combined Plan of Reorganization and Approved Disclosure statement (Docket No. 407), is confirmed.

2. The Debtor shall receive a discharge of debts upon application of the Debtor, pursuant to 11 U.S.C. § 1141(d)(5)(A).

***End of Order***