BERNARD J. KORNBERG (State Bar No. 252006)
PRACTUS, LLP
58 West Portal Ave PMB 782
San Francisco, CA 94127
Telephone: (341) 234-6629
Email:  bernard.kornberg@practus.com

Attorneys for Jinnie Jinhuei Chang Chao

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>JINNIE JINHUEI CHANG CHAO,<br><br>    Debtor. | Case No. 15-31519<br><br>Chapter 11<br><br>**APPLICATION OF PRACTUS LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR DEBTOR IN POSSESSION**<br><br>Date:   June 14, 2024<br>Time:   10:00 a.m.<br>Location:  Via Tele/Videoconference<br>www.canb.uscourts.gov/calendars<br><br>The Hon. Dennis Montali |

### I.  EMPLOYMENT AND PRIOR COMPENSATION

On August 18, 2023, this Court entered an order approving Bernard J. Kornberg of Practus, LLP (the "Firm") to act as special counsel for debtor Jinnie Jinhuei Chang Chao ("Debtor") regarding to the defense and prosecution of the various litigated matters between Debtor and Ardeshir Salem and A. Salem D.D.S. Inc. (the "Salem Parties").  Order Approving Employment [Dkt. #373].

Pursuant to 11 U.S.C. § 330, the Firm seeks compensation for attorney's fees in the amount of $20,240.00 and costs in the amount of $2,535.98 for its services to the estate (the "Application").  As set below, these services were incurred in representing Debtor as to the various disputes between her and the Salem Parties.  This is the first and final fee application of

1
APPLICATION FOR COMPENSATION

the Firm.

No further fee applications are required. On April 25, 2024, the Court confirmed Debtor's Chapter 11 plan. Confirmation Order [Dkt. #408]. Pursuant to Debtor's plan, the assets of the estate vested in Debtor on May 10, 2024. Amended Chapter 11 Plan, §§ 5(b), 7(a) [Dkt. #407]. Accordingly, the Application seeks fees and costs for services performed by the Firm up to May 10, 2024.

The Firm is holding a retainer of $25,000. Accordingly, approved fees and costs will be taken out of the retainer, and no further claim by the Firm will be sought as to the estate.

## II. CASE STATUS

On December 14, 2015, Debtor filed for Chapter 11 bankruptcy in this Court. Voluntary Petition, Dkt. #1. At the time of the bankruptcy filing, Debtor was engaged in litigation with the Salem Parties in Santa Clara Superior Court.

On March 10, 2016, the Salem Claimants filed an adversary proceeding as to Debtor asserting that claims of embezzlement and conversion should be deemed nondischargeable under sections 523(a)(2)(A) and 523(a)(4) (the "Adversary Proceeding"). Adversary Complaint, Adv Dkt. #1. On April 25, 2016, Debtor answered and brought counterclaims against the Salem Claimants. Answer and Counter-Claims, Adv. Dkt. #7.

In 2016, Debtor was charged in the criminal case of U*nited States v. Jinnie Chao,* Case No. 16-00435 (N.D. Cal 2016) (the "Criminal Case"). See Indictment, Dkt. # 1, Case No. 16-00435 (N.D. Cal 2016). The criminal case arose out of the allegations made in the Adversary Proceeding. Both the bankruptcy case and Adversary Proceeding were effectively put on hold pending resolution of the criminal action. See Status Conference Statement, Dkt. #233.

On March 3, 2018, the Salem Claimants filed Claim #9-1. Claimants eventually amended Claim 9 three times, and the operative claim is Claim 9-4, attached as Exhibit B to this objection. Claim #9-4 lists both Salem Claimants as creditors and asserts a claim amount of $1,156,805.38.

On August 29, 2022, the criminal case was dismissed after a stipulated order for diversion and restitution was completed. See Notice of Dismissal, Dkt. # 200, Case No. 16-00435 (N.D. Cal 2016). Prosecution of both the bankruptcy case and adversary proceeding has now resumed.

On July 21, 2023, Debtor filed an application to employ Bernard J. Kornberg and the Firm to represent her in her litigation with the Salem Parties. Application [Dkt. #354]. An order approving the employment application was granted on Order Approving Employment [Dkt. #373]. On August 18, 2023, the Court approved employment of the Firm. Order Approving Employment [Dkt. #373].

On September 28, 2023, Debtor objected to Claim 9-4. Claim Objection [Dkt. #380]. On November 8, 2023, the Court consolidated the claim objection with the Adversary Proceeding. [Dkt. #389].

On April 25, 2024, the Court confirmed Debtor's Chapter 11 plan. Confirmation Order [Dkt. #408].

### III. PROJECT BILLING

For this matter, the Firm has provided services in four project categories as follows, for a total of $20,240.00. The Firm will note that there is some overlap between these categories, as all arise solely out of the litigation between Debtor and the Salem Parties.

| CATEGORY | FEES |
| --- | --- |
| The Adversary Proceeding | $12,600.00 |
| The Claim Objection | $1,950.00 |
| Main Case Work | $3,140.00 |
| State Court Litigation | $2,550.00 |

**A.      The Adversary Proceeding**

The majority of the work incurred in the case was in the Adversary Proceeding. There, significant time was spent on getting up to speed with the history of the litigation, including the voluminous discovery obtained in the Criminal Case. Numerous conferences were held with Ethan A. Balogh, Debtor's counsel in the criminal case, given his knowledge of the history of the disputes, and with Debtor herself. Written discovery in the form of document production requests and interrogatories were served on the Salem Parties and the responses reviewed. Numerous status conference statements were prepared, and hearings attended. Finally, Darrow Chu, the

Salem's former investment advisor, a key witness in the case, was located and a deposition subpoena served on him (after significant efforts).

**B.      The Claim Objection**

For the claim objection, the Firm review Claim #9-4, performed researched on whether it was timely filed as an informal proof of claim, drafted the objection to claim, and drafted the order consolidating it with the Adversary Proceeding.

**C.      Main Case Work**

For the main case, the Firm worked with Debtor's main case counsel to be employed in the case, it worked with Debtor's main case counsel to draft language in the Chapter 11 plan regarding the treatment of the State Court Litigation and Claim #9-4, it worked with Debtor's main case counsel regarding responding to the objection to Confirmation of the plan by the Salem Parties, and finally it attended hearings relevant to those issues.

**D.      State Court Litigation**

Debtor's state court litigation between her and the Salem Parties, despite being filed in 2012, remains ongoing due to the bankruptcy stay. Two tasks were performed by the firm as to the State Court Litigation. First, the Firm reviewed the State Court Litigation to determine its effect on the Adversary Proceeding. Second, the Firm filed an application to renew the judgment by Debtor against the Salem Parties in the State Court Litigation, as it would have otherwise expired in May of this year.

## IV.  BILLING SUMMARY

All billing by the Firm was performed by Bernard J. Kornberg at the hourly rate of $500 an hour, as set forth in the Firm's Employment Agreement. A detailed breakdown of the fees incurred by the estate, separated by project billing category, are attached to this Application as <u>Exhibit A</u>.

No fees for the use of paraprofessionals are sought by the Firm.

As the preparation of the Application occurred post-vesting, no fees are sought by the Firm in this Application. For the purposes of disclose, counsel has spent 3.0 hours on the preparation of the Application.

## V. EXPENSES

The firm seeks reimbursement of the following expenses that were advanced by the Firm. These expenses were of the kind, and at the least expensive rate, the applicant customarily charges nonbankruptcy/insolvency clients. No handling or administrative charges are included. Documentation of each expense can be provided upon request.

| Date | Cost Narrative | Total Cost |
| --- | --- | --- |
| 08/03/2023 | First Legal Expense - Pull State Court Case Documents | $990.85 |
| 09/28/2023 | USPS Expense | $9.65 |
| 03/01/2024 | First Legal Network - Service of Subpoena and Letter on Darrow Chu | $1,027.05 |
| 04/02/2024 | Tracers Asset Search | $30.00 |
| 04/10/2024 | First Legal Network - Application for Renewal of Judgment, Notice of Renewal of Judgment, Subpoena and Letter | $222.29 |
| 04/17/2024 | First Legal Network - Service of Subpoena and Letter on Darrow Chu | $256.14 |
|  | **TOTAL** | **$2,535.98** |

## VI. CLIENT REVIEW OF BILLING STATEMENT

Starting in February of this year, monthly invoices were sent to Debtor to review. Previously, invoices were not sent due to an issue with the Firm's accounting system not being set up for bankruptcy matters.

On May 23, 2024, a copy off this Application was sent to Debtor with a cover letter containing the statement required by paragraph 7 of the Northern District of California's Guidelines.

## VII. CONCLUSION

The Firm requests that the Court grant final approval of attorney's fees in the amount of $20,240.00 and costs in the amount of $2,535.98, and approve that the Firm apply those fees against the retainer of $25,000 currently held by the Firm.

DATED: May 23, 2024          PRACTUS, LLP


                             By:    /s/ Bernard J. Kornberg
                                    BERNARD J. KORNBERG

                             Attorneys for Jinnie Jinhuei Chang Chao

# CERTIFICATION OF BERNARD J. KORNBERG

I, Bernard Kornberg, state and declare as follows:

1. I am a partner at Practus, LLP (the "Firm") and the counsel for debtor Jinnie Jinhuei Chang Chao ("Debtor"). I make this declaration based on my own personal and first-hand knowledge.

2. I make this declaration in support of the Application of Practus LLP For Compensation And Reimbursement Of Expenses As Special Counsel For Debtor In Possession (the "Application").

3. This declaration also constitutes a certification under Paragraph 8 of the Guidelines for Compensation and Expense Reimbursement of Professional and Trustees of the United States Bankruptcy Court for the Northern District of California.

4. I am the professional that drafted the Application. The facts set forth in the Application are based on my personal knowledge and, to the best of my knowledge, true and correct.

5. A detailed itemization of the fees requested in the Application are attached as Exhibit A to the Application. The fees requested in the Application are true, correct and accurate for professional services rendered by the Firm as counsel for Debtor.

6. To the best of my belief, formed after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with these guidelines, except as specifically noted in the certification application,

7. The compensation and expense reimbursement requested are billed at rates, in accordance with practices, no less favorable than those customarily employed by the applicant and generally accepted by the applicant's clients.

8. No payments have been previously made or promised to the Firm for services rendered or to be rendered in any capacity whatsoever in connection with the case, except for the taking of the $25,000 as disclosed in the Firm's employment application. Fees and costs have not been applied to the retainer, and it remains at $25,000.

9. No agreement or understanding exists between the Firm and any other person or

entity for the sharing of compensation received or to be received for services rendered in or in connection with the case.

10. I declare under penalty of perjury that the foregoing is true and correct. Executed on May 23, 2024

/s/ Bernard J. Kornberg
Bernard Kornberg

# EXHIBIT A

# Attorneys' Fees

| Date | Billing Professional | Narrative | Hours | Rate | Fee | Category |
|---|---|---|---|---|---|---|
| 07/17/2023 | BJK | Initial review of case documents in Chao v Salen and cross-complaint | 1.30 | $500.00 | $650.00 | Adversary |
| 07/26/2023 | BJK | Call with cocounsel to discuss case issues in advance of status conference | 0.60 | $500.00 | $300.00 | Adversary |
| 07/28/2023 | BJK | Attend status conference and hearing motion to dismiss | 0.40 | $500.00 | $200.00 | Adversary |
| 07/28/2023 | BJK | Communicated with Ethan Balogh regarding post-hearing strategy | 0.10 | $500.00 | $50.00 | Adversary |
| 08/04/2023 | BJK | Strategy meeting with client and main case counsel | 0.50 | $500.00 | $250.00 | Adversary |
| 08/14/2023 | BJK | Conference call with client to discuss strategy for status conference and plan confirmation issues as relates to litigation | 0.50 | $500.00 | $250.00 | Adversary |
| 08/18/2023 | BJK | Attended case management conference | 0.70 | $500.00 | $350.00 | Adversary |
| 08/22/2023 | BJK | Call with Ethan Balogh to discuss case history and facts | 0.40 | $500.00 | $200.00 | Adversary |
| 09/15/2023 | BJK | Drafted notice of appearance | 0.20 | $500.00 | $100.00 | Adversary |
| 09/19/2023 | BJK | Initial review of case file and doucments provided by Ethan Balogh | 2.00 | $500.00 | $1,000.00 | Adversary |
| 09/19/2023 | BJK | Communicated with Plaintiff's counsel regarding setting conference to discuss scheduling of case | 0.10 | $500.00 | $50.00 | Adversary |
| 09/19/2023 | BJK | Communicated with client regarding setting meeting to discuss discovery | 0.10 | $500.00 | $50.00 | Adversary |
| 09/20/2023 | BJK | Call with client to discuss factual history of case | 0.90 | $500.00 | $450.00 | Adversary |
| 09/20/2023 | BJK | Memo to File re: Call with client | 0.30 | $500.00 | $150.00 | Adversary |
| 09/22/2023 | BJK | Meet and confer with Plaintiff's counsel regarding trial scheduling and case issues | 0.30 | $500.00 | $150.00 | Adversary |

Attorneys' Fees

| Date | Billing Professional | Narrative | Hours | Rate | Fee | Category |
|---|---|---|---|---|---|---|
| 09/27/2023 | BJK | Communicated with client regarding timing of trial and appearance at Friday hearing | 0.20 | $500.00 | $100.00 | Adversary |
| 09/27/2023 | BJK | Drafted joint status conference statement; sent to Plaintiff's counsel with comments | 0.40 | $500.00 | $200.00 | Adversary |
| 11/14/2023 | BJK | Provided summary of bankruptcy case issues at request of client | 0.50 | $500.00 | $250.00 | Adversary |
| 12/20/2023 | BJK | Call with client to discuss drafting of discovery | 0.30 | $500.00 | $150.00 | Adversary |
| 01/18/2024 | BJK | Reviewed documents, discovery, and files in prepeartion for drafting of discovery | 3.40 | $500.00 | $1,700.00 | Adversary |
| 01/19/2024 | BJK | Began drafting of interrogatories | 0.60 | $500.00 | $300.00 | Adversary |
| 01/22/2024 | BJK | Finalized written discovery to Salem and Salem DDS | 3.20 | $500.00 | $1,600.00 | Adversary |
| 01/23/2024 | BJK | Emails and calls with client regarding discovery responses and location of Darrow Chu (.5); revised and served discovery (.3); researched deadline to renew judgment (.2) | 1.00 | $500.00 | $500.00 | Adversary |
| 02/21/2024 | BJK | Communicated with Salem's counsel regarding extension of time to respond to discovery | 0.10 | $500.00 | $50.00 | Adversary |
| 02/28/2024 | BJK | Researched documents regarding previous testimony or interviews with Darrow Chu (.4); prepared deposition subpoena for Darrow Chu (.3); communicated with client regarding service of subpoena (.1) | 0.80 | $500.00 | $400.00 | Adversary |

| Date | Billing Professional | Narrative | Hours | Rate | Fee | Category |
|---|---|---|---|---|---|---|
| 03/01/2024 | BJK | Call with client regarding discovery strategy (.3); prepared letter regarding Chu subpoena (.2); provided notice of deposition | 0.60 | $500.00 | $300.00 | Adversary |
| 03/08/2024 | BJK | Communicated with process server regarding further attempts to serve Darrow Chu | 0.10 | $500.00 | $50.00 | Adversary |
| 03/15/2024 | BJK | Communicated with process servers regarding status of Chu subpoena | 0.20 | $500.00 | $100.00 | Adversary |
| 03/25/2024 | BJK | Communicated with client regarding status of deposition | 0.10 | $500.00 | $50.00 | Adversary |
| 04/02/2024 | BJK | Initial review of Salem discovery responses (.8); call with Ethan Balough to discuss discovery in criminal case (.6) | 1.40 | $500.00 | $700.00 | Adversary |
| 04/16/2024 | BJK | Communicated with counsel for Salem regarding meet and confer call in advance of case management conference | 0.10 | $500.00 | $50.00 | Adversary |
| 04/18/2024 | BJK | Email to Darrow Chu regarding subpoena | 0.20 | $500.00 | $100.00 | Adversary |
| 04/18/2024 | BJK | Listened to audio recordings of interview with Salem and additional review of police reports | 1.80 | $500.00 | $900.00 | Adversary |
| 04/19/2024 | BJK | Meet and confer call with Salem's counsel | 0.60 | $500.00 | $300.00 | Adversary |
| 04/22/2024 | BJK | Communicated with Darrow Chu regarding deposition (.2); drafted joint case management conference statement (.5); call with client regarding case strategy (.3) | 1.00 | $500.00 | $500.00 | Adversary |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Date | Billing Professional | Narrative | Hours | Rate | Fee | Category |
| 37 | 04/25/2024 | BJK | Reviewed order continuing status conference | 0.20 | $500.00 | $100.00 | Adversary |
| 38 | | | | **25.20** | | **$12,600.00** | |
| 39 | | | | | | | |
| 40 | 08/16/2023 | BJK | Performed research into timeliness of proof of claim | 0.40 | $500.00 | $200.00 | Claim Objection |
| 41 | 09/28/2023 | BJK | Researched application of informal proof of claim doctrine to case (.7); Drafted objection to claim and associated documents (2.2) | 2.90 | $500.00 | $1,450.00 | Claim Objection |
| 42 | 10/29/2023 | BJK | Drafted order consolidating claim objection; sent to Salem's counsel for review with comments | 0.30 | $500.00 | $150.00 | Claim Objection |
| 43 | 11/02/2023 | BJK | Communicated with Defendants' counsel regarding form of order on objection | 0.10 | $500.00 | $50.00 | Claim Objection |
| 44 | 11/10/2023 | BJK | Reviewed modified order consolidating proceeding; sent to client with comments | 0.20 | $500.00 | $100.00 | Claim Objection |
| 45 | | | | **3.90** | | **$1,950.00** | |
| 46 | | | | | | | |
| 47 | 07/14/2023 | BJK | Call and emails with Ethan Balough regarding response to motion to dismiss case | 0.40 | $500.00 | $200.00 | Main Case |
| 48 | 07/18/2023 | BJK | Reviewed and revised employment application and supporting declaration | 0.70 | $500.00 | $350.00 | Main Case |
| 49 | 07/20/2023 | BJK | Call with Balough and Anayama to discuss employment application | 0.40 | $500.00 | $200.00 | Main Case |
| 50 | 07/21/2023 | BJK | Revised proposed Chapter 11 plan to address treatment of Salem claims | 0.78 | $500.00 | $390.00 | Main Case |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| | | | Attorneys' Fees | | | | |
| 1 | Date | Billing Professional | Narrative | Hours | Rate | Fee | Category |
| 51 | 07/21/2023 | BJK | Call with Balogh and Anyama regarding final revisions to plan and employment applications | 0.40 | $500.00 | $200.00 | Main Case |
| 52 | 08/10/2023 | BJK | Call and emails with client and co-counsel to discuss strategy regarding dismissal or conversion of case | 0.60 | $500.00 | $300.00 | Main Case |
| 53 | 08/11/2023 | BJK | Reviewed objection to plan confirmation by Salem | 0.30 | $500.00 | $150.00 | Main Case |
| 54 | 08/11/2023 | BJK | Attended hearing on employment application | 0.80 | $500.00 | $400.00 | Main Case |
| 55 | 08/16/2023 | BJK | Meeting with client and bankruptcy main case counsel to dicuss response to plan objection regarding Salem litigation | 0.60 | $500.00 | $300.00 | Main Case |
| 56 | 08/17/2023 | BJK | Drafted order approving employment application | 0.40 | $500.00 | $200.00 | Main Case |
| 57 | 10/26/2023 | BJK | Communicated with bankruptcy counsel regarding confirmation hearing | 0.20 | $500.00 | $100.00 | Main Case |
| 58 | 10/27/2023 | BJK | Attended confirmation hearing to determine effect on plan | 0.40 | $500.00 | $200.00 | Main Case |
| 59 | 04/05/2024 | BJK | Reviewed amended plan; communicated with bankruptcy counsel regarding removed provisions regarding injunction | 0.30 | $500.00 | $150.00 | Main Case |
| 60 | | | | **6.28** | | **$3,140.00** | |
| 61 | | | | | | | |
| 62 | 07/18/2023 | BJK | Drafted timeline and punch list of state court litigation | 1.80 | $500.00 | $900.00 | State Court Litigation |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Date | Billing Professional | Narrative | Hours | Rate | Fee | Category |
| 63 | 08/09/2023 | BJK | Reviewed state court file to locate operative pleadings; reviewed pleadings for relevant affirmative defenses | 0.60 | $500.00 | $300.00 | State Court Litigation |
| 64 | 04/01/2024 | BJK | Reviewed docket of case to determine levies and other applications of credits on judgment (.8); drafted renewal of judgment (.4); drafted notice of appearance in state court case (.2); sent documents to client with comments regarding apparance and recordation of documents (.3) | 1.70 | $500.00 | $850.00 | State Court Litigation |
| 65 | 04/04/2024 | BJK | Researched docket of state court case to determine status of abstract of judgement (.2); communicated with title company regarding search for abstract (.1); reviewed abstract provided by title company (.1); revised application for renewal based on abstract (.2); communicated with client re: same (.1); call with client regarding case updates (.3) | 1.00 | $500.00 | $500.00 | State Court Litigation |
| 66 | | | | 5.10 | | $2,550.00 | |
| 67 | | | | | | | |
| 68 | | | **TOTAL** | **40.48** | | **$20,240.00** | |