| | |
|---|---|
| BERNARD J. KORNBERG (State Bar No. 252006)<br>PRACTUS, LLP<br>58 West Portal Ave PMB 782<br>San Francisco, CA 94127<br>Telephone: (341) 234-6629<br>Email: bernard.kornberg@practus.com<br><br>Attorneys for Jinnie Jinhuei Chang Chao | |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>JINNIE JINHUEI CHANG CHAO,<br><br>Debtor. | Case No. 15-31519<br><br>Chapter 11<br><br>**PROOF OF SERVICE**<br><br>The Hon. Dennis Montali |

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 58 West Portal Ave PMB 782, San Francisco, CA 94127

On May 24, 2024, I served true copies of the following document(s):

**NOTICE OF HEARING ON APPLICATION OF PRACTUS LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR DEBTOR IN POSSESSION**

**APPLICATION OF PRACTUS LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR DEBTOR IN POSSESSION**

on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

**Further**, on May 23, 2024, I sent a copy of the same documents to debtor Jinnie Jinhuei Chang Chao at the email address that I use to communicate with her on a regular basis, and which I know she regularly checks.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 24, 2024, at San Francisco, California.

/s/ Bernard J. Kornberg
Bernard J. Kornberg