Entered on Docket
**June 12, 2024**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1  BERNARD J. KORNBERG (SBN 252006)  **Signed and Filed: June 12, 2024**
   PRACTUS, LLP
2  58 West Portal Ave PMB 782
   San Francisco, CA 94127
3  Telephone: (341) 234-6629
   Email:  bernard.kornberg@practus.com
4

5  Attorneys for Jinnie Jinhuei Chang Chao          **DENNIS MONTALI**
                                                     **U.S. Bankruptcy Judge**

6                UNITED STATES BANKRUPTCY COURT

7                NORTHERN DISTRICT OF CALIFORNIA

8                     SAN FRANCISCO DIVISION

9  In re                              Case No. 15-31519

10  JINNIE JINHUEI CHANG CHAO,        Chapter 11

11         Debtor.                    **ORDER ON APPLICATION OF
                                       PRACTUS LLP FOR COMPENSATION
12                                     AND REIMBURSEMENT OF EXPENSES
                                       AS SPECIAL COUNSEL FOR DEBTOR
13                                     IN POSSESSION**

14                                     Date:   June 14, 2024
                                       Time:  10:00 a.m.
15                                     Location:  Via Tele/Videoconference
                                       www.canb.uscourts.gov/calendars
16
                                       The Hon. Dennis Montali
17

18

19        The Court, having reviewed the Application of Practus LLP For Compensation And

20  Reimbursement Of Expenses As Special Counsel For Debtor In Possession, and for good cause

21  showing, hereby grants it.

22        THEREFORE IS ORDERED THAT

23        1.      Pursuant to 11 U.S.C. § 330, the Firm is awarded compensation for attorney's fees

24  in the amount of $20,240.00 and costs in the amount of $2,535.98 for its services to the estate; and

25        2.      Payment of the awarded Fees and Costs shall be made from the retainer of $25,000

26  currently held by Practus, LLP.

27                          *** END OF ORDER ***

28

**COURT SERVICE LIST**

Jinnie Jinhuei Chang Chao
1900 S. Norfolk Street #350
San Mateo, CA 94403

ORDER ON APPLICATION FOR COMPENSATION