Entered on Docket
June 26, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: June 26, 2025**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case |
| | ) No. 15-31519-DM |
| JINNIE JINHUEI CHANG CHAO, | ) |
| | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

**ORDER REGARDING FILINGS OF JUNE 18, 2025**

On June 18, 2025, Debtor filed the following documents with the court:

1) Notice of Self-Representation (Dkt. 417);

2) Motion to Disallow Unapproved Attorney Fees and Costs (Dkt. 418);

3) Motion for Final Decree and Entry of Discharge (Dkt. 419);

4) Declaration in Support of Motion to Disallow Fees and Final Decree (Dkt. 420); and

5) Certificate of Service (Dkt. 421).

The court notes that Debtor in this confirmed Chapter 11 case is now proceeding in pro se. Debtor is still expected to

continue to fulfill all the requirements of a reorganized debtor.

Her Motion for a Final Decree (Dkt 419) states that all payments required under the confirmed Plan have been made, but there is no separate proof of that fact, nor proof of service on the creditors who were identified in the Plan and are entitled to be paid. More specifically, the Plan, that was confirmed in 2024, lists two classes of impaired creditors who were to be paid over a five-year period. This case is not even close to that deadline and there is no way of verifying that Debtor has paid them.

Debtor also seeks entry of her discharge in the same motion. That request should be by separate motion. Further, the Debtor has not established that she is eligible for a discharge as she has not shown that she has complied with Fed. R. Bankr. P. 4004(c)(4).

Debtor also complains about fees requested by her former litigation counsel in A.P. 16-3023 (Dkts. 418 & 420). But she has not served that counsel with any of the June 18, 2025 submissions and there is no current request for any fees from that counsel. If either Debtor or counsel believes that is a matter for this court to decide, she or it needs to set the matter for hearing on proper notice to all parties.

The court will not take any action until Debtor takes care of these discrepancies and complies with the appropriate notice procedures.

**END OF ORDER**

Case: 15-31519   Doc# 422   Filed: 06/26/25   Entered: 06/26/25 10:53:05   Page 2 of 3

COURT SERVICE LIST

Jinnie Jinhuei Chang Chao
1900 S. Norfolk Street #350
San Mateo, CA 94403

Jinnie Jinhuei Chang Chao
30 Pilarcitos Court
Hillsborough, CA 94010