Entered on Docket
October 9, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: October 9, 2025**

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>JINNIE JINHUEI CHANG CHAO,<br><br>      Debtor. | Bankruptcy Case<br>No. 15-31519-DM<br><br>Chapter 11 |
| ARDESHIR SALEM, an individual, and A. SALEM D.D.S., INC., a California corporation,<br><br>      Plaintiffs,<br><br>v.<br><br>JINNIE JINHUEI CHANG CHAO, et al.,<br><br>      Defendants. | Adversary Proceeding<br>No. 16-03023-DM<br><br>Date: October 17, 2025<br>Time: 10:00 AM<br>Via Zoom<br>www.canb.uscourts.gov/calendars |

**ORDER REGARDING HEARING ON OCTOBER 17, 2025**

    The court held a status conference on October 8, 2025 to discuss recent developments (referred to below) relating to the calendar on Friday, October 17, 2025, at 10:00 AM. Bernard Kornberg appeared on behalf of his law firm, Miller Nash, LLP, the moving party ("MN"); Debtor, Jinnie Jinhuei Chang Chao, did not appear.

The matters regularly scheduled to be argued on October 17 are: the *Motion to Determine Attorneys' Fees and Costs Owed to Miller Nash LLP* (Dkt 429 in main case; Dkt 82 in AP 16-3023); and the *Motion to Disallow Unapproved Attorney Fees and Costs* (Dkt 418 in main case). Additional developments necessitating the status conference are the filing by Ms. Chao of her *Motion To Discharge Unauthorized Attorney Fees & Request for Sanctions* (Dkt 433 in main case; Dkt 86 in AP 16-3023), and earlier and more recent related filings at Dkts 420, 425, 427, 428, 437, 438, 439 & 440 in main case; and Dkts 81, 86, 90, 91, 92 & 93 in AP 16-3023.

To avoid further confusion and duplication, all matters filed in the adversary proceeding will be ignored as repetitive of similar filing in the main case. Further, there should be no further filings in the adversary proceeding as all matters dealt with in the main case and in future hearings will pertain to what the court will summarize as MN's request for fees (the "Request") and Debtor's Opposition (the "Opposition").

The October 17 hearing will be conducted via Zoom. The sole matter to be dealt with at that hearing (the "Trial Scheduling Conference") will be the scheduling of a contested evidentiary hearing (the "Trial") on the Request and the Opposition. The Trial will be conducted in open court (and NOT via Zoom), in person, at Courtroom 17, 450 Golden Gate Avenue, 16th Floor, San Francisco, 94102. The court expects that the Trial will be set for a date within the next 4-6 weeks and that it will take no longer than six hours.

The court will take no action, and will deny, Ms. Chao's request for referral to the State Bar, as she can deal with that on her own. Nor will it take any action on her request for some other sort of judicial investigation into these matters, which it will also deny.

Both sides should be prepared on October 17 to identify witnesses they will call at Trial, their respective estimated time for direct examination of their witnesses and cross examination of adverse witnesses, and what documents they expect to present in addition to those referred to above and already on the docket. They also must be prepared to discuss their and their witnesses' availability during the weeks referred to above.

If Debtor intends to appear through counsel at Trial, which the court strongly recommends, that counsel should attend the Trial Scheduling Conference. If Debtor continues to appear *in propria persona*, she should be prepared to discuss how much time she expects for her own direct testimony and her examination of other witnesses at Trial.

Debtor is directed to attend the Trial Scheduling Conference unless she has engaged counsel. If she has not done so, and does not appear, the court may strike her Opposition and proceed to dispose of the Request.

Debtor is also directed not to communicate with the court staff on any subject other than specific scheduling matters, nor to forward documents to the staff for filing. See Fed. R. Bankr. P. 9003(a). Filings are to be submitted by mail or in person at the court's Intake on the 18th Floor. The court has

-3-

procedures in place for filing confidential documents and they should not be sent as ex parte communication to the court.

**END OF ORDER**

COURT SERVICE LIST

Jinnie Jinhuei Chang Chao
30 Pilarcitos Court
Hillsborough, CA 94010

-5-