MILLER NASH LLP
Bernie Kornberg, Bar No. 252006
bernie.kornberg@millernash.com
Brianna J. Morrison, OSB Bar No. 222885 (*Pro Hac*)
brianna.morrison@millernash.com
340 Golden Shore, Ste 450
Long Beach, CA 90802

Attorneys for Miller Nash LLP

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>JINNIE JINHUEI CHANG CHAO,<br><br>Debtor. | Case No. 15-31519<br><br>Chapter 11<br><br>**MILLER NASH LLP'S EXHIBIT LIST**<br><br>Date: November 24, 2025<br>Time: 10:00 a.m.<br>Place: Courtroom 17<br><br>Judge: Hon. Dennis Montali |

Pursuant to the Trial Scheduling Order (Dkt. No. 53), Miller Nash LLP (the "**Firm**") hereby submits this exhibit list (the "**Exhibit List**") in connection with the matters scheduled for trial starting on November 24, 2025 at 10:00 a.m.

| Letter. | Description | Offered | Objected | Admitted |
|---|---|---|---|---|
| 1. | Miller Nash LLP Engagement Agreement | | | |
| 2. | Itemized Statement of Attorneys' Fees | | | |
| 3. | Itemized Statement of Costs | | | |
| 4. | Payment History | | | |
| 5. | Invoices Sent to Jinnie Chao | | | |
| 6. | July 11, 2025 Letter to Jinnie Chao | | | |
| 7. | Settlement Agreement | | | |

| Letter. | Description | Offered | Objected | Admitted |
|---|---|---|---|---|
| 8. | DocuSign Certificate | | | |
| 9. | May 9, 2024 Email from Jinnie Chao | | | |
| 10. | January 31, 2025 Mediator's Proposal | | | |
| 11. | March 10, 2025 Email from Bernie Kornberg | | | |
| 12. | February 26, 2025 Email from Bernie Kornberg | | | |
| 13. | March 4, 2025 Meeting Invite | | | |
| 14. | March 20, 2025 Meeting Invite | | | |
| 15. | April 1, 2025 Texts | | | |
| 16. | April 2, 2025 Texts | | | |
| 17. | June 4, 2025 Email from Bernie Kornberg | | | |
| 18. | June 11, 2025 Email from Bernie Kornberg | | | |
| 19. | Bernie Kornberg Call History with Jinnie Chao | | | |
| 20. | List of Exhibits | | | |
| 21. | Interest Calculation | | | |

DATED: November 17, 2025        MILLER NASH LLP


By:  /s/ Bernard J. Kornberg
BERNARD J. KORNBERG

Attorneys for Miller Nash LLP