

Signed and Filed: November 19, 2025

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

```
In re                            ) Bankruptcy Case
                                 ) No. 15-31519-DM
                                 )
JINNIE JINHUEI CHANG CHAO,       ) Chapter 11
                                 )
           Debtor.               )
                                 ) Date:  November 24, 2025
                                 ) Time:  10:00 AM
                                 ) Place: In-Person Trial
                                 )        Courtroom 17
                                 )        450 Golden Gate Avenue
                                 )        16th Floor
                                 )        San Francisco, CA
_____)
```

**ORDER DENYING SECOND REQUEST TO RESCHEDULE TRIAL**

On November 18, 2025, Debtor Jinnie Jinhuei Chang Chao filed a document titled "Emergency Request for Continuance of November 24, 2025 Trial Date" (the "Motion") (Dkt. 463). The Motion requests a continuance of the trial scheduled for Ms. Chao to retain counsel. Miller Nash LLP filed an Opposition to the Motion (Dkt. 464) on the same day.

As the court previously stated at a hearing on October 17, 2025, and in its Order Denying Request to Reschedule Trial (Dkt. 454), the trial will not be rescheduled simply because Ms. Chao

-1-

is acting *in pro se*.  The court also corrects Ms. Chao's erroneous claim that the court plans to rule against her if she appears at the trial without counsel.  The trial will be conducted on the merits of her former counsel's fee request.

    Accordingly, the Motion is DENIED.  If, prior to the trial, Ms. Chao does retain counsel, and that counsel appears on her behalf and requests a brief continuance, the court may reconsider, but still might not grant, such a request.

**END OF ORDER**

<u>COURT SERVICE LIST</u>

Jinnie Jinhuei Chang Chao
30 Pilarcitos Court
Hillsborough, CA 94010

-3-