UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION


FILED
DEC 10 2025
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

Jinnie Jinhuei Chang Chao, Debtor
Case No. 15-31519

Jinnie Jinhuei Chang Chao, Plaintiff,
V.
Bernard Kornberg, et al.
Adv Proc No. 16-03023

## NOTICE OF APPEAL

Notice is hereby given that Jinnie Jinhuei Chang Chao, the appellant, appeals to the United States District Court for the Northern District of California from the Final Judgment entered on December 1, 2025, title "Judgment After Trial" (Dkt. 471)

Date: December 9, 2025

Signature: _[signature]_

Printed Name: Jinnie Jinhuei Chang Chao

Address: 30 Pilarcitos Court, Hillsborough, CA 94010

Phone: 650-696-9999

Email: Jchao888@gmail.com

## Certificate of Service

I, Jinnie Jinhuei Chang Chao, certify that on December 9 2025, I served a true and correct copy of the foregoing Notice of Appeal by depositing it in the United States mail, first-class postage prepaid, addressed to:

Bernard Kornberg, Esq.

340 Golden Shore, Ste 450

Long Beach, CA 90802

Miller Nash LLP

340 Golden Shore, Ste 450

Long Beach, CA 90802


United States Trustee

Office of the United States Trustee

450 Golden Gate Avenue, Suite 05-018

San Francisco, CA 94102


Executed on December 9, 2025

Hillsborough, CA

Signature: *[signed]*
Jinnie Jinhuei Chang Chao