MILLER NASH LLP
Bernie Kornberg, Bar No. 252006
bernie.kornberg@millernash.com
Brianna J. Morrison, OSB Bar No. 222885 (*Pro Hac*)
brianna.morrison@millernash.com
340 Golden Shore, Ste 450
Long Beach, CA 90802

Attorneys for Miller Nash LLP

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 15-31519 |
| JINNIE JINHUEI CHANG CHAO, | Chapter 11 |
| Debtor. | **MILLER NASH LLP'S COUNTER-DESIGNATION OF RECORD AND NOTICE OF ORDER TRANSCRIPT** |
| | Judge: Hon. Dennis Montali |

Pursuant to Federal Rule of Bankruptcy Procedure 8009, appellee Miller Nash LLP ("Appellee") hereby designates the following additional items to be included in the record of appellant Jinnie Chao's ("Appellant") appeal.[1]

| DATE | DKT # | Description |
|---|---|---|
| 6/18/2025 | 417 | Notice of Self-Representation |
| 6/18/2025 | 420 | Declaration in Support of Motion to Disallow Fees and Final Decree |

[1] Appellant has filed to correctly designate the record in this matter as her designations were filed in the District Court, rather than the Bankruptcy Court proceeding out of which the appeal arises. To the extent the District Court deems this error immaterial, Appellee files this designation of record to preserve its rights.

1
MILLER NASH LLP'S COUNTER-DESIGNATION OF RECORD

4902-3874-0106.1

| Date | Doc # | Description |
|---|---|---|
| 6/26/2025 | 422 | Order Regarding Filings of June 18, 2025 |
| 8/14/2025 | 425 | Letter to Court |
| 8/20/2025 | 427 | Supplemental Declaration of Jinnie Jinhuei Chang Chao |
| 8/20/2025 | 428 | Supplemental Declaration of Jinnie Jinhuei Chang Chao |
| 9/19/2025 | 429 | Motion to Determine Attorneys' Fees and Costs Owed to Miller Nash LLP |
| 9/19/2025 | 431 | Declaration of Bernie Kornberg |
| 9/19/2025 | 432 | Certificate of Service |
| 9/29/2025 | 433 | Motion to Discharge Unauthorized Attorney Fees and Request for Sanctions |
| 10/3/2025 | 434 | Order Setting Status Conference |
| 10/6/2025 | 436 | Order Re-Setting Status Conference |
| 10/7/2025 | 437 | Letter to the Court |
| 10/7/2025 | 438 | Urgent Request for Immediate Judicial Investigation |
| 10/7/2025 | 439 | Motion to Deny and Strike Fee Request |

Case: 15-31519   Doc# 491   Filed: 01/23/26   Entered: 01/23/26 16:25:33   Page 2 of 5

MILLER NASH LLP'S COUNTER-DESIGNATION OF RECORD

4902-3874-0106.1

| | | |
|---|---|---|
| 10/7/2025 | 440 | Emergency Request for Continuance and Judicial Investigation |
| 10/9/2025 | 443 | Order Regarding Hearing on October 17, 2025 |
| 10/10/2025 | 445 | Letter to Court |
| 10/14/2025 | 446 | Order Regarding Confidential Submission |
| 10/14/2025 | 447 | Letter to Court |
| 10/16/2025 | 448 | Letter to Court |
| 10/22/2025 | 451 | Trial Scheduling Order |
| 11/6/2025 | 453 | Notice of Status Regarding Counsel |
| 11/7/2025 | 454 | Order Denying Request to Reschedule Trial |
| 11/14/2025 | 456 | Opposition to Motion to Determine Attorneys' Fees and Costs |
| 11/14/2025 | 457 | Declaration of Jinnie Chao |
| 11/17/2025 | 458 | Trial Brief |
| 11/17/2025 | 460 | Exhibit List |
| 11/17/2025 | 461 | First Amended Witness List |
| 11/17/2025 | 462 | Certificate of Service |
| 11/18/2025 | 463 | Emergency Request for Continuance |
| 11/18/2025 | 464 | Opposition to Emergency Motion for a Continuance |

3

Case: 15-31519    Doc# 491    Filed: 01/23/26    Entered: 01/23/26 16:25:33    Page 3 of 5

4902-3874-0106.1

| | | |
|---|---|---|
| 11/19/2025 | 465 | Order Denying Second Request to Reschedule Trial |
| 11/24/2025 | N/A | Minutes on Court Trial (Docket Entry) |
| N/A | N/A | Trial Exhibits Lodged with the Court for the November 24, 2025 Trial (Exhibits 1-21) |

Please take further notice that Appellee will order a transcript of the October 17, 2025 status conference.

DATED: January 23, 2026　　　　　MILLER NASH LLP


By: /s/ Bernard J. Kornberg
BERNIE KORNBERG

Attorneys for Miller Nash LLP

4
MILLER NASH LLP'S COUNTER-DESIGNATION OF RECORD

4902-3874-0106.1

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of King, State of Washington. My business address is 605 5th Ave S, Ste 900, Seattle, WA 98104.

On January 23, 2026, I served true copies of the following document(s):

**MILLER NASH LLP'S COUNTER-DESIGNATION OF RECORD AND NOTICE OF ORDER TRANSCRIPT**

on the interested parties in this action as follows:

Jinnie Jinhuei Chang Chao
30 Pilarcitos Court
Hillsborough, CA 94010
Email: jchao888@gmail.com

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

**BY UNITED STATES MAIL (as indicated above):** I enclosed the document(s) ins a sealed envelope or package addressed to the person listed below and deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid placed the envelope for collection and mailing, following our ordinary busienss practices. I am readiliy familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 23, 2026, at Vancouver, Washington.

/s/ Edgar Y. Rosales
Edgar Y. Rosales, Legal Assistant

Case: 15-31519   Doc# 491   Filed: 01/23/26   Entered: 01/23/26 16:25:33   Page 5 of 5
MILLER NASH LLP'S COUNTER-DESIGNATION OF RECORD

4902-3874-0106.1